# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW,<br><br>　　　Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE and UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>　　　Defendants. | Civil Action No. 1:18-cv-00167 (EGS) |

## STATUS REPORT

In accordance with the Court's April 25, 2018, Minute Order, the Department of Homeland Security ("DHS") submits the following status report.

1.　　This case concerns two Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, requests submitted by plaintiff to the following agencies: (1) the United States Department of Homeland Security ("DHS"); (2) the Office of Information and Privacy ("OIP") of the United States Department of Justice ("DOJ"); and (3) the Office of the Solicitor General ("OSG") of DOJ.  Plaintiff filed its complaint on January 26, 2018 (ECF No. 1), and Defendants DHS and DOJ filed their answer on March 5, 2018 (ECF No. 17).

2.　　The Court issued its Standing FOIA Order on March 7, 2018.  Pursuant to that Order, the parties jointly submitted a status report apprising the Court of the current processing status of Plaintiff's requests and proposing a schedule for further proceedings on April 13, 2018 (ECF No. 21).

3.      With respect to Defendant DHS, the parties reported that DHS had recovered nearly 7 Gigabytes of potentially responsive material based on a broad set of key words and target individuals taken from the initial FOIA request, and that the material must be reviewed for responsiveness and screened for duplicates prior to being loaded into the agency's FOIA processing system.  The parties further advised that once DHS loaded the potentially responsive material into its FOIA processing system, it would be able to provide a preliminary page count and estimate of the time needed to process the record set.  *See* ECF No. 21 at 4.

4.      On April 25, 2018, the Court issued a Minute Order, which, *inter alia*, directed DHS to complete loading the potentially responsive records into its FOIA processing system by April 30, 2018, and to provide its first production to Plaintiff by May 25, 2018.  The Court also directed DHS to submit a report to the Court by May 25, 2018, identifying the number of documents that are potentially responsive to Plaintiff's request and proposing a production schedule, including a date for the agency's final response to Plaintiff.

5.      Having completed uploading the records potentially responsive to Plaintiff's FOIA request on April 30, 2018, DHS provides the following report:

(1)     DHS estimates that it has approximately 1,701 pages of records, comprising approximately 81 documents, which are potentially responsive to Plaintiff's FOIA request.

(2)     On May 25, 2018, DHS provided its first interim response to Plaintiff, notifying Plaintiff that it had reviewed 856 pages of potentially responsive records and determined that 56 of those pages were responsive to Plaintiff's request.  Of those 56 pages, DHS released seven pages in full, 42 pages in part, and withheld four pages in full.  DHS also referred two pages to

the State Department for direct response to Plaintiff and one page to DHS's National Protection Programs Directorate for direct response to Plaintiff.

(3) DHS anticipates that it will process 500 pages per month until its review of the approximately 1,701 potentially responsive pages is complete. DHS further anticipates that it will provide an additional interim response to Plaintiff on June 29, 2018, and its final response to Plaintiff on or before July 27, 2018.

Dated: May 25, 2018

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Kristina A. Wolfe*
CAROL FEDERIGHI
Senior Trial Counsel
KRISTINA A. WOLFE
JOSEPH E. BORSON
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 353-4519
Email: kristina.wolfe@usdoj.gov

*Counsel for Defendants*