# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW<br>1401 New York Avenue, NW<br>Washington, D.C. 20005,<br><br>       Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF JUSTICE<br>950 Pennsylvania Avenue, NW<br>Washington, D.C. 20530,<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br>245 Murray Lane, SW<br>Washington, D.C. 20528,<br><br>       Defendants. | No. 1:18-CV-167-EGS |

## JOINT STATUS REPORT AND SCHEDULING PROPOSAL

Pursuant to the Court's May 29, 2018 Minute Order, the Parties submit the following status report and scheduling proposal.

Defendants have completed production of the material at issue in this case. The parties have met and conferred, and jointly suggest the following schedule to govern future proceedings in this case:

- **October 12, 2018:** Defendants file motion for summary judgment, including supporting *Vaughn* indices and declaration(s).

- **November 9, 2018**: Plaintiff files opposition to defendants' motion for summary judgment and cross-motion for summary judgment.

- **November 30, 2018**: Defendants file opposition to defendants' motion for summary judgment and reply in support of their motion for summary judgment

- **December 14, 2018**: Plaintiff files reply in support of its motion for summary judgment.

Plaintiff is still evaluating its position with regard to productions and redactions. At the present time, it does not intend to challenge any redactions of phone numbers or email addresses pursuant to Exemption (b)(6). To the extent that plaintiff determines it will not challenge any other redactions or exemptions, it will notify defendants by September 28, 2018.

DATED:  August 3, 2018

Respectfully Submitted,

*/s/   John A. Freedman*

Kristen Clarke (D.C. Bar # 973885)
Jon Greenbaum (D.C. Bar # 489887)
Ezra D. Rosenberg (D.C. Bar # 360927)
Marcia Johnson-Blanco (D.C. Bar # 495211)
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1401 New York Ave., NW
Washington, DC  20005
Telephone:  +1 202.662.8600
Facsimile:  +1 202.783.0857
erosenberg@lawyerscommittee.org

John A. Freedman (D.C. Bar No. # 453075)
Robert N. Weiner (D.C. Bar # 298133)
Eric A. Rubel (D.C. Bar # 405421)
David J. Weiner (D.C. Bar # 499806)
R. Stanton Jones (D.C. Bar # 987088)
Daniel F. Jacobson (D.C. Bar # 1016621)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC  20001
Telephone:  +1 202.942.5000
Facsimile:  +1 202.942.5999
John.Freedman@apks.com

Kathryn W. Hutchinson
ARNOLD & PORTER KAYE SCHOLER LLP
44th Floor
777 South Figueroa Street
Los Angeles, CA  90017-5844
Telephone:  +1 213.243.4000
Facsimile:  +1 213.243.4199

Counsel for Plaintiff Lawyers' Committee for Civil Rights Under Law

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Joseph E. Borson*
CAROL FEDERIGHI
Senior Trial Counsel
KRISTINA A. WOLFE
JOSEPH E. BORSON (Va. Bar No. 85519)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Phone: (202) 514-1944
Email: joseph.borson@usdoj.gov

Counsel for Defendants