1

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

2

3

LAWYERS' COMMITTEE FOR CIVIL
RIGHTS UNDER LAW,

Civil Action No. 1:18-cv-00167 (EGS)

4

Plaintiff,

DECLARATION OF
JAMES V.M.L. HOLZER

5

v.

6

UNITED STATES DEPARTMENT OF
JUSTICE AND UNITED STATES
DEPARTMENT OF HOMELAND SECURITY

7

8

Defendants.

9

1.      I, James V.M.L. Holzer, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

10

2.      I am the Deputy Chief Freedom of Information Act ("FOIA") Officer for the

11

Department of Homeland Security ("DHS") Privacy Office ("DHS Privacy").

12

3.      In this capacity, I am the DHS official responsible for implementing FOIA policy

13

across DHS and responding to requests for records under the FOIA, 5 U.S.C. § 552, the Privacy

14

Act, 5 U.S.C. § 552a, and other applicable records access provisions.  I have been employed by

15

DHS Privacy in this capacity since May 2016.  I previously served as the Director of the Office

16

of Government Information Services within the National Archives and Records Administration,

17

and prior to that I served as the Senior Director of FOIA Operations for DHS.

18

4.      Through the exercise of my official duties, I have become familiar with the

19

background of Plaintiff's FOIA request, request no. 2018-HQFO-00143, received on October 24,

20

2017. I have also become familiar with the background of this litigation and have read a copy of

21

the Complaint filed by Plaintiff on January 26, 2018.

22

23

**DHS Privacy's FOIA Search Process**

24

5.      DHS Privacy is responsible for processing all FOIA and Privacy Act requests

25

pertaining to twelve DHS Headquarters-level offices.  Those offices are: DHS Privacy; the

26

27

28

Holzer Declaration, Civil Action No. 1:18-cv-00167 (EGS)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Office of the Secretary (which includes the Military Advisor's Office and the Office of Intergovernmental Affairs); the Office of the Citizenship and Immigration Services Ombudsman; the Office for Civil Rights and Civil Liberties; the Office of the Executive Secretary; the DHS Management Directorate; the Countering Weapons of Mass Destruction Office[1]; the Office of the General Counsel; the Office of Legislative Affairs; the Office of Public Affairs; the Office of Operations Coordination; and the Office of Policy.  DHS Privacy also coordinates the processing of FOIA requests across DHS components when the subject matter of a particular request touches on multiple components or is particularly high profile.

6.        Each DHS component maintains its own automated case tracking system which assigns case control numbers to, and tracks the status of, all FOIA and Privacy Act requests received by that component. Each DHS component logs all incoming FOIA and Privacy Act requests into their automated case tracking systems, and inputs information about each request into the system (including, but not limited to, the requester's name and/or organization, and, in the case of FOIA requests, the topic of the request). All requesters are then notified of the case control numbers assigned to their requests. It is the practice of all DHS components to refer to the case control numbers in all correspondence with requesters. The automated case tracking systems are text searchable on a field-by-field basis.

7.        When a requester submits a FOIA request seeking email communications or other DHS Headquarters (HQ) records, DHS Privacy utilizes a standard FOIA-HQ Data Acquisition

---

[1] As described in the *Notice of Countering Weapons of Mass Destruction Office Reorganization Pursuant to § 872 of the Homeland Security Act of 2002*, submitted to Congress on October 6, 2017, the Department established the Countering Weapon of Mass Destruction Office, effective on December 5, 2017. This office assumed the responsibilities and authorities of the former Domestic Nuclear Detection Office and Office of Health Affairs.

Holzer Declaration, Civil Action No. 1:18-cv-00167 (EGS)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Process. This standardized process involves DHS Privacy tasking the Office of Chief

Information Officer, Risk Management Division to conduct a comprehensive HQ-wide search of

emails using key words (i.e., boolean operators) and targeted email accounts on individuals

identified or derived from the initial FOIA request.

**DHS's Search Process on Plaintiff's FOIA Request**

8.      DHS respectfully refers the Court to Plaintiff's FOIA request, dated October 24,

2017, and attached here, for a full and accurate statement of its contents.  In response to

Plaintiff's FOIA request, DHS Privacy conducted a search pursuant to the procedures as

explained in paragraph 7 above. After review of Plaintiff's FOIA request, DHS determined that

any records pertaining to the staffing and operation of the Presidential Advisory Commission on

Election Integrity by DHS personnel would be, if any, located within the Front Office.  The

search was conducted of all DHS employees in the Front Office, including the Secretary, Deputy

Secretary, and counselors to the Secretary based on the scope of the request and the sensitivity of

the subject area.  The search conducted was for the time period January 20, 2017 to March 30,

2018, the date the search was conducted.

9.      The search conducted included key words that were comprised of the names and

email addresses for all of the individuals listed in the FOIA request, which covered requests no.

1 and no. 2, as listed in the attached FOIA request. DHS respectfully refers the Court to

Plaintiff's FOIA request for that list of names and email addresses.  Also, because the scope of

the request pertained to records related to the Presidential Advisory Commission on Election

Integrity, DHS Privacy included the following key words to capture records covered by request

no. 3: "Presidential Advisory Commission on Election Integrity," "PACEI," "PCEI," and "voting

Holzer Declaration, Civil Action No. 1:18-cv-00167 (EGS)

commission," all terms that were commonly used throughout the Department for the Commission.

10.     In addition, DHS reviewed records released to pursuant to other FOIA requests for DHS records related to Presidential Executive Order 13799, *Establishment of the Presidential Advisory Commission on Election Integrity*, available here: https://www.dhs.gov/publication/executive-order-13799.  DHS determined that several previously released records were responsive to Plaintiff's request and referred Plaintiff to DHS's FOIA reading room.  These records are included on the attached *Vaughn* Index.[2]  As of result of DHS's searches, including its review of DHS records released pursuant to other FOIA requests related to the Presidential Advisory Commission on Election Integrity, DHS identified a total of 632 pages of responsive records to plaintiff's request.  The agency released 230 of pages in full, 280 of pages in part, withheld 34 pages in full, and referred 88 pages to other agencies for direct response to plaintiff.

**DHS's Claim of FOIA Exemptions Used and Segregation**

11.     Exemption (b)(5) protects "inter-agency and intra-agency memorandums or letters which would not be available by law to a party other than an agency in litigation with the agency."  5 U.S.C. § 552(b)(5).

12.     As described in the attached *Vaughn* index, DHS applied FOIA Exemption (b)(5) to protect deliberative information contained within the requested records because the information consists of the thoughts, opinions, and pre-decisional impressions of DHS employees.  This information included discussions of new issues, key deliverables, upcoming

---

[2] The *Vaughn* Index encompasses documents withheld in full or in part in the instant litigation, and documents that were withheld in full or in part in other cases and published on DHS's FOIA reading room.  Documents withheld pursuant to Exemptions 5 and 7 are listed specifically on the Index (regardless of the case in which they were first released). Documents withheld pursuant to Exemption 6 are covered by the Index, although they are not individually listed where the type of withholding is clear from the face of the produced document.

Holzer Declaration, Civil Action No. 1:18-cv-00167 (EGS)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

policy decisions, cyber strategies, and task group updates.  This information also included draft responses to Congress discussing, among other issues, the relationship between DHS and the Election Integrity Commission.  DHS withheld the deliberative portions of these records to prevent a potential chilling effect on the open and frank discussions on matters of policy between DHS employees, as this would undermine the agency's ability to perform its duties.  DHS depends upon the ability of its employees to offer candid ideas and opinions to agency decision-makers and to each other without the fear of public exposure; to curtail this process would be detrimental to DHS and all governmental entities.

13.    The disclosure of draft documents and the comments contained therein could mislead the public, as the comments and text of draft documents often differ, sometimes significantly, from final agency positions.  Disclosure of such material could also cause the same chilling effect noted in paragraph 12.

14.    DHS also applied FOIA Exemption (b)(5) to protect attorney-client privileged communications and attorney work product contained in a USCIS Office of Chief Counsel legal memorandum providing an opinion on the legal considerations concerning a proposal to assist State election officials with voter list maintenance activity using DHS data and systems, and provides its initial views, opinions, and recommendations with respect to the identified legal considerations.  The Office of Chief Counsel also analyzes the litigation risk associated with adopting the proposal in light of the pending litigation involving the Presidential Advisory Commission on Election Integrity.  The memorandum was intended to be, and was in fact, kept confidential.  Moreover, DHS has applied FOIA Exemption (b)(5) to protect attorney-client privileged communications and attorney work product with regard to a document concerning the preservation of records in connection with other litigation involving DHS equities that pertains to

Holzer Declaration, Civil Action No. 1:18-cv-00167 (EGS)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

the subject area of this case, *Common Cause v. Presidential Advisory Commission on Election Integrity*, *et al.*, Civil No. 17-1398-RCL (D.D.C. filed July 14, 2017).  Disclosure of this information would have a chilling effect on the ability of agency attorneys to effectively communicate with their agency clients and to effectively prepare to represent the agency in anticipation of or in pending litigation.

15.     DHS applied FOIA Exemption (b)(6) to protect the names, phone numbers, email addresses and other personally identifiable information of DHS and other federal government employees contained within the various memoranda, email messages and other documents throughout the production.  The employees whose names are redacted in the documents are not senior leaders; they are not employees whose actions, decisions, or statements are subject to press coverage.  DHS determined that the names of non-leadership lower level employees should not be disclosed as the personal privacy interests of such employees outweighed any public interest in their disclosure.  DHS made this determination because revealing the identities of such lower level employees would not shed light on the functioning of the Department in any meaningful fashion and would constitute an unwarranted invasion of their personal privacy.  The names of higher level management employees, members of the senior executive service, and politically appointed employees were disclosed as their privacy interests were outweighed by the public interest in knowing how their activities and actions impact the discharge of DHS duties.[3]

16.     DHS applied FOIA Exemption (b)(7)(E) to protect law enforcement sensitive information pertaining to obtaining access to secure locations within the Eisenhower Executive Office Building, and the location within that building where a meeting was to be held.

---

[3] Documents withheld pursuant to Exemption 6, either in this litigation or other cases and subsequently published on the DHS Reading Room, are not individually listed in the Vaughn Index where the nature of the withholding is clear from the face of the produced document.

Holzer Declaration, Civil Action No. 1:18-cv-00167 (EGS)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Disclosure of this information could allow unauthorized individuals to circumvent the law and gain physical or virtual access to restricted secure areas and restricted government information, and could potentially endanger high-level government officials, including the President or Vice President of the United States.

17.     DHS performed a line-by-line review of each DHS record responsive to the request and determined it had released all segregable information.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated the 13th day of December, 2018

_____
James V.M.L. Holzer
Deputy Chief FOIA Officer
DHS Privacy Office
U.S. Department of Homeland Security

Holzer Declaration, Civil Action No. 1:18-cv-00167 (EGS)

| Lawyers Committee for Civil Rights v. DHS  (Civil Action No. 1:18-cv-00167)  DHS *Vaughn*  Index | | | | | | |
|---|---|---|---|---|---|---|
| **Bates Range** | **Number of pages** | **Release Document Name** | **Description of Document** | **Date** | **Exemptions Applied** | **Explanation of Withholdings** |
| Throughout | N/A | All productions for LCCR and other FOIA cases on DHS records regarding Executive Order 13799 may be found here: https://www.dhs.gov/publication/executive-order-13799 | Varies | | (b)(6) | DHS applied FOIA Exemption (b)(6) to protect the names, phone numbers, email addresses and other personally identifiable information of DHS and other federal government employees contained within the various memoranda, email messages and other documents throughout the production.   Disclosure of such information would constitute an unwarranted invasion of the privacy of these employees.  The employees whose names are redacted in the documents are not senior leaders.  They are not employees whose actions, decisions, or statements are subject to press coverage. Those employees are not public figures, and there is no public interest present that outweighs their right to personal privacy. |
| DHS-001-HQFO-00794-000003 | 1 | Presidential Advisory Commission on Election Integrity records - Jan. 2018 | Email message forwarding  a July 19, 2017, Politico article regarding the Presidential Advisory Commission on Election Integrity amongst employees in the Office of Policy | July 20, 2017 | (b)(5) | DHS applied Exemption (b)(5) to protect deliberative information contained within a comment to a forwarded news article.  The information withheld contained the thoughts, opinions, and pre-decisional impressions of the employee regarding the potential impact of the information contained in the article.  Disclosure of this information could be misleading to the public, as well as inhibit the candid discussion of issues between employees. |
| DHS-001-HQFO-00794-000009-000012 | 4 | Presidential Advisory Commission on Election Integrity records - Jan. 2018 | Weekly DHS Senior Leader Update for the week ending May12, 2017 | May 2017 | (b)(5) | DHS applied Exemption (b)(5) to protect a weekly report briefing DHS Senior Leadership on new issues, key deliverables on reports, upcoming policy decisions, and task group updates, and as such the report is both pre-decisional and deliberative. Disclosure of this information could be misleading to the public, as well as inhibit the candid discussion of issues between employees and agency decision-makers. |
| DHS-001-HQFO-00794-000013 | 1 | Presidential Advisory Commission on Election Integrity records - Jan. 2018 | Draft email to the Office of the Vice President regarding the Election Integrity Commission | July 3, 2017 | (b)(5) | DHS applied Exemption (b)(5) to protect deliberative information contained within a draft email message to the Office of the Vice President regarding cyber security and the Election Integrity Commission, and DHS's role on election systems infrastructure protection initiatives and programs. Disclosure of this information could be misleading to the public, as well as inhibit the candid discussion of issues between employees. The final version of the email was released in full at DHS-001-HQLI-00018-000006. |
| DHS-001-HQFO-00794-000015 | 1 | Presidential Advisory Commission on Election Integrity records - Jan. 2018 | Email message regarding a response to a question from a Senate committee staff member | May 16, 2017 | (b)(5) | DHS applied Exemption (b)(5) to protect deliberative information and a proposed response to a Senate committee staff member contained within an email message discussing the relationship between DHS and the Election Integrity Commission. Disclosure of this information could be misleading to the public, as well as inhibit the candid discussion of issues between employees. |

| | | | | | | |
|---|---|---|---|---|---|---|
| DHS-001-HQFO-00794-000019 - 000020, and DHS-001-HQFO-00794-000024-000025 | 4 | Presidential Advisory Commission on Election Integrity records - Jan. 2018 | Email message regarding multiple topics pending before the former DHS Chief of Staff | May 11, 2017 | (b)(5) | DHS applied Exemption (b)(5) to protect deliberative information contained within a discussion of the options for the DHS NPPD re-organization and opinions on the Senate v. House versions, as well as a discussion of options for cyber strategies. Disclosure of this information could be misleading to the public, as well as inhibit the candid discussion of issues between employees. |
| DHS-001-HQFO-00794-000027-000028 | 2 | Presidential Advisory Commission on Election Integrity records - Jan. 2018 | Email message regarding potential talking points about the Election Integrity Commission and a forwarded article from Politico | July 6, 2017 | (b)(5) | DHS applied Exemption (b)(5) to protect deliberative information contained within a discussion of the forwarded Politico article concerning a DHS system and its intended purpose and potential use or non-use for purposes of election administration. Disclosure of this information could be misleading to the public, as well as inhibit the candid discussion of issues between employees. |
| DHS-001-HQFO-00794-000030 | 1 | Presidential Advisory Commission on Election Integrity records - Jan. 2018 | Email message regarding the need to preserve documents for litigation Common Cause v. Presidential Advisory Commission on Election Integrity, et al., No. 17-cv-1398 (D.D.C.) | August 8, 2017 | (b)(5) | DHS applied Exemption (b)(5) to protect attorney-client privileged communications and attorney work product contained within a notice to preserve documents for litigation.  Disclosure of this information would have a chilling effect on the ability of agency attorneys to effectively communicate with their agency clients and to effectively prepare to represent the agency in litigation. |
| DHS-001-HQFO-00794-000054 | 1 | Presidential Advisory Commission on Election Integrity records - Jan. 2018 | Draft responses to a Question for the Record from the Senate Homeland Security Subcommittee | Undated | (b)(5) | DHS applied Exemption (b)(5) to protect a pre-decisional deliberative proposed response to a Question for the Record from the Senate Homeland Security Subcommittee regarding DHS support of the Election Integrity Commission. The information withheld contained the thoughts, opinions, and pre-decisional impressions of the employees who drafted the proposed response.  Disclosure of this information could be misleading to the public, as well as inhibit the candid discussions of issues between employees. |
| DHS-001-HQFO-00794-000086-000090 | 5 | This memo was not provided on DHS's reading room since it was redacted in full. | Internal USCIS legal memorandum from the USCIS Office of Chief Counsel providing an opinion on the legal considerations in assisting State election officials with voter list maintenance activity using DHS data and systems | Undated | (b)(5) | DHS applied Exemption (b)(5) to protect attorney-client privileged communications and attorney work product contained in a USCIS Office of Chief Counsel legal memorandum providing an opinion on the legal considerations in assisting State election officials with voter list maintenance activity using DHS data and systems.   Disclosure of this information would have a chilling effect on the ability of agency attorneys to effectively communicate with their agency clients and to effective prepare to represent the agency in litigation. |
| DHS-001-HQLI-00018-000010-000011 | 1 | Presidential Advisory Commission on Election Integrity records - May 2018 part 1 | Email message regarding the steps required to get cleared by the U.S. Secret Service for access to attend a meeting at the Eisenhower Executive Office Building, and the location of a proposed meeting in that building | August 22, 2017 | (b)(7)(E) | DHS applied Exemption (b)(7)(E) to protect law enforcement sensitive information pertaining to obtaining access to secure locations within the Eisenhower Executive Office Building, and the location within that building where a meeting was to be held.  Disclosure of this information could allow unauthorized individuals to circumvent the law and gain access to restricted secure areas and potentially endanger the President or Vice President of the United States. |

| | | | | | | |
|---|---|---|---|---|---|---|
| DHS-001-HQLI-00018-000080 | 1 | Presidential Advisory Commission on Election Integrity records - May 2018 part 1 | Email message regarding the steps required to get cleared by the U.S. Secret Service for access to attend a meeting at the Eisenhower Executive Office Building, and the location of a proposed meeting in that building | August 22, 2017 | (b)(7)(E) | DHS applied Exemption (b)(7)(E) to protect law enforcement sensitive information pertaining to obtaining access to secure locations within the Eisenhower Executive Office Building, and the location within that building where a meeting was to be held.  Disclosure of this information could allow unauthorized individuals to circumvent the law and gain access to restricted secure areas and potentially endanger the President or Vice President of the United States. |
| DHS-001-HQLI-00014-000009 - 000010 | 2 | Presidential Advisory Commission on Election Integrity records - May 2018 part 2 | Draft letter to Maine Secretary of State from former DHS Secretary Kelly regarding Maine's efforts to comply with the REAL ID Act. | June 2017 | (b)(5) | DHS applied Exemption (b)(5) to protect pre-decisional deliberative information contained within a draft letter to a State official.  The information withheld contained the thoughts, opinions, and pre-decisional impressions of the employees who drafted the letter, prior to revisions and edits by other employees.  Disclosure of this information could be misleading to the public, as well as inhibit the candid discussion of issues between employees. |
| DHS-001-HQLI-00014-000016-000017 | 2 | Presidential Advisory Commission on Election Integrity records - May 2018 part 2 | Draft letter to Indiana Secretary of State and President of the National Association of Secretaries of State regarding the designation of election infracture as critical infrastrucure. | February 2018 | (b)(5) | DHS applied Exemption (b)(5) to protect pre-decisional deliberative information contained within a draft letter to the President of the National Association of Secretaries of State.  The information withheld contained the thoughts, opinions, and pre-decisional impressions of the employees who drafted the letter, prior to revisions and edits by other employees.  Disclosure of this information could be misleading to the public, as well as inhibit the candid discussion of issues between employees. |
| DHS-001-HQLI-00014-000027-000029 | 3 | Presidential Advisory Commission on Election Integrity records - May 2018 part 2 | Email message regarding the receipt of a FOIA request seeking records from the Office of Legislative Affairs pertaining to the Presidential Advisory Commission on Election Integrity | October 19, 2017 | (b)(5) | DHS applied Exemption (b)(5) to protect a pre-decisional deliberative comment contained within an email message regarding the receipt and processing of a FOIA request.  The information withheld contained the thoughts, opinions, and pre-decisional impressions of the employee who drafted the message.  Disclosure of this information could be misleading to the public, as well as inhibit the candid discussion of issues between employees. |
| DHS-001-HQLI-00014-000034-000035 | 1 | Presidential Advisory Commission on Election Integrity records - May 2018 part 2 | Email message regarding the response to a HuffPo news article | February 20, 2018 | (b)(5) | DHS applied Exemption (b)(5) to protect pre-decisional deliberative comments by the DHS Secretary's advisor for infrastructure providing his opinions on how State officials received and will react to information received in a briefing, and how to work with those officials.  The information withheld contained the thoughts, opinions, and pre-decisional impressions of the employee.  Disclosure of this information could be misleading to the public, inhibit the candid discussion of issues between employees, and hinder the ability of the Secretary to be fully informed about issues prior to speaking with State officials. |

| | | | | | |
|---|---|---|---|---|---|
| DHS-001-HQLI-00014-000048-000049; DHS-001-HQLI-00014-000050-000051; and DHS-001-HQLI-00014-000052 | 43 | Presidential Advisory Commission on Election Integrity records - May 2018 part 2 | Email message from CRCL Officer providing her opinions after meeting with State elections officials | February 21, 2018 | (b)(5) | DHS applied Exemption (b)(5) to protect pre-decisional deliberative comments made by the Officer for Civil Rights and Civil Liberties in an email message to NPPD Leadership after speaking with State election officials at a conference.  The information withheld contained the thoughts, opinions, and pre-decisional impressions of the CRCL Officer on how to work with those officials.  Disclosure of this information could be misleading to the public, inhibit the candid discussion of issues between employees, and hinder the ability of the NPPD Leadership to be fully informed about issues prior to speaking with State officials. |
| DHS-001-HQLI-00014-000055-00057, DHS-001-HQLI-00014-000058-000061, DHS-001-HQLI-00014-000063-000068 | 13 | Presidential Advisory Commission on Election Integrity records - July 2018 | Draft responses to Questions for the Record from the Senate Judiciary Committee | Undated | (b)(5) | DHS applied Exemption (b)(5) to protect pre-decisional deliberative proposed responses to Questions for the Record from the Senate Judiciary Committee regarding the receipt and use of data from the Presidential Advisory Commission on Election Integrity, and claims of illegal votes being cast. The information withheld contained the thoughts, opinions, and pre-decisional impressions of the employees who drafted and commented on these proposed responses.  Disclosure of this information could be misleading to the public, as well as inhibit the candid discussions of issues between employees. |



1401 New York Avenue, NW    Tel: 202.662.8600
Suite 400                   Fax: 202.783.0857
Washington, DC 20005-2124   www.lawyerscommittee.org

October 24, 2017

*Co-Chairs*
James P. Joseph
Teresa Wynn Roseborough

*Secretary*
Eleanor H. Smith

*Treasurer*
Andrew W. Kentz

*General Counsel*
Nicholas T. Christakos

*President and
Executive Director*
Kristen Clarke

Sam Kaplan
Chief Privacy Officer/Chief FOIA Officer
The Privacy Office
U.S. Department of Homeland Security
245 Murray Lane SW
STOP-0655
Washington, DC 20528-0655

Re:  Freedom of Information Act Request

Dear Mr. Kaplan:

Pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552 *et seq.*, and Department of Homeland Security (DHS) implementing regulations, 6 C.F.R. Part 5, the Lawyers' Committee for Civil Rights Under Law (the "Lawyers' Committee") makes the following request for records.

On May 11, 2017, President Trump established the Presidential Commission on Election Integrity.  Exec. Order 13799.  Although the Commission was purportedly formed to "study the registration and voting processes used in Federal elections," *id.* § 3, the Commission's activities to date have focused on suppressing voting rights through spurious claims of voter fraud.[1]  Vice Chair Kris Kobach has publicly referred to the Department of Homeland Security's "database of all known aliens, green card holders, [and] temporary visa holder[s] in the United States" as potential evidence supporting his allegations of voter fraud.[2]

The Lawyers' Committee filed suit against the Commission in July based on the Commission's failure to comply with the requirements set forth in the Federal Advisory Commission Act ("FACA"), codified at 5 U.S.C. app. II.  *See Lawyers' Committee for Civil Rights Under Law v. Presidential Advisory Commission on Election Integrity, et al.*, No. 1:17-cv-01354-CKK (D.D.C. 2017).  The Lawyers'

---

[1] Pam Fessler, *Talk of Voter Fraud Dominates First Meeting of Election Integrity Commission*, July 19, 2017, http://www.npr.org/2017/07/19/538152713/talk-of-voter-fraud-dominates-first-meeting-of-election-integrity-commission.

[2] *Kobach Talks Goals of New Voter Fraud Commission; Commerce Secretary on North Korea Missile Test, China Trade Deal*, Transcript, May 14, 2017, http://www.foxnews.com/transcript/2017/05/14/kobach-talks-goals-new-voter-fraud-commission-commerce-secretary-on-nkorea-missile-test-china-trade-deal.html.

1



1401 New York Avenue, NW
Suite 400
Washington, DC 20005-2124

Tel: 202.662.8600
Fax: 202.783.0857
www.lawyerscommittee.org

*Co-Chairs*
James P. Joseph
Teresa Wynn Roseborough

*Secretary*
Eleanor H. Smith

*Treasurer*
Andrew W. Kentz

*General Counsel*
Nicholas T. Christakos

*President and
Executive Director*
Kristen Clarke

Committee seeks to enforce the transparency requirements embodied in FACA to ensure that the Commission is not being used improperly to advance private agendas. In the course of this lawsuit, the district court ordered the Commission to provide the Lawyers' Committee with a *Vaughn*-type index of all Commission records. *See* Aug. 30, 2017 Minute Entry; Sept. 27, 2017 Minute Entry. The index, attached as Exhibit A, reveals that there have been substantial discussions between Commission members and/or staff with DHS about potential collaboration between the Commission and DHS. *See, e.g.*, Dkt. 33-3, No. 705 ("Email about potential future coordination/overlap between entities").

Given the significant public controversy surrounding the Commission, as well as Vice Chair Kobach's demonstrated interest in examining DHS's immigration records, there is substantial public interest in work being undertaken at DHS in conjunction with, or in any way related to, the Commission.

### Requested Records

The Lawyers' Committee requests that your agency produce the following within twenty business days:

1.  All records containing, reflecting, documenting, summarizing, or otherwise relating to the communications identified in the *Vaughn*-type index (Ex. A hereto) entry Nos. 365, 383, 384, 445, 447, 472, 475, 681, 682, 689, 693, 701, 703, 705, 706, 711, 735, 738, 739, 741, 742, 744, and 749.

2.  Any other records containing, reflecting, documenting, summarizing, or otherwise relating to communications since January 20, 2017, between any employee of your agency and any of the following individuals:

    a.  Kris Kobach, including but not limited to emails that include the email addresses kkobach@gmail.com and kris@kriskobach.com

    b.  Connie Lawson, including but not limited to emails that include the email address connie@lawsonandco.com

    c.  Bill Gardner, including but not limited to emails that include the email address chipkate@aol.com

    d.  Matthew Dunlap, including but not limited to emails that include the email address mattdunlap47@gmail.com

    e.  J. Kenneth Blackwell, including but not limited to emails that include the email address kennethblackwell693@gmail.com

    f.  Hans von Spakovsky, including but not limited to emails that include the email address Hans.VonSpakovsky@heritage.org



1401 New York Avenue, NW    Tel: 202.662.8600
Suite 400                   Fax: 202.783.0857
Washington, DC 20005-2124   www.lawyerscommittee.org

*Co-Chairs*
James P. Joseph
Teresa Wynn Roseborough

*Secretary*
Eleanor H. Smith

*Treasurer*
Andrew W. Kentz

*General Counsel*
Nicholas T. Christakos

*President and*
*Executive Director*
Kristen Clarke

g.  Christy McCormick, including but not limited to emails that include the email address cacm@aol.com

h.  David Dunn, including but not limited to emails that include the email address david@capitolpartnersar.com

i.  Mark Rhodes, including but not limited to emails that include the email address mrhodes@woodcountywv.com

j.  Alan King, including but not limited to emails that include the email address aking2322@gmail.com

k.  J. Christian Adams, including but not limited to emails that include the email address adams@electionlawcenter.com

l.  Andrew Kossack

m.  Mark Paoletta

n.  Matthew Morgan

o.  Ronald Williams

p.  Deniz Baykin

q.  Any other Commission staff members

3.  Any other records of your agency, including but not limited to internal communications, communications with other federal agencies, and communications with third parties, that reference the individuals in Request (2) or the Commission itself by name.

The Lawyers' Committee seeks all records meeting the above criteria regardless of the capacity in which the individuals identified above were acting at the time of the communications, and regardless of the email address the individuals were using at the time of any such communications.

Please ensure that your searches covers all career and political staff (including PAS and PA appointees) in the Secretary's Office, the Deputy Secretary's Office, the General Counsel's Office, and the Executive Secretary's Office.

In addition to the records requested above, the Lawyers' Committee also requests records describing the processing of this request, including records sufficient to identify search terms used and locations and custodians searched and any tracking sheets used to track the processing of this request.  If your agency uses FOIA questionnaires or certifications completed by individual custodians or components to determine whether they possess responsive materials or to describe how they conducted searches, we also request any such records prepared in connection with the processing of this request.



1401 New York Avenue, NW
Suite 400
Washington, DC 20005-2124

Tel: 202.662.8600
Fax: 202.783.0857
www.lawyerscommittee.org

*Co-Chairs*
James P. Joseph
Teresa Wynn Roseborough

*Secretary*
Eleanor H. Smith

*Treasurer*
Andrew W. Kentz

*General Counsel*
Nicholas T. Christakos

*President and Executive Director*
Kristen Clarke

The Lawyers' Committee seeks all responsive records regardless of format, medium, or physical characteristics. In conducting your search, please understand the terms "record," "document," and "information" in their broadest sense, to include any written, typed, recorded, graphic, printed, or audio material of any kind. We seek records of any kind, including electronic records, audiotapes, videotapes, and photographs, as well as letters, emails, facsimiles, telephone messages, voice mail messages and transcripts, notes, or minutes of any meetings, telephone conversations or discussions. Our request includes any attachments to these records. No category of material should be omitted from search, collection, and production.

Please search all records regarding agency business. You may not exclude searches of files or emails in the personal custody of your officials, such as personal email accounts. Records of official business conducted using unofficial systems or stored outside of official files is subject to the Federal Records Act and FOIA.[3] It is not adequate to rely on policies and procedures that require officials to move such information to official systems within a certain period of time; the Lawyers' Committee has a right to records contained in those files even if material has not yet been moved to official systems or if officials have, through negligence or willfulness, failed to meet their obligations.[4]

In addition, please note that in conducting a "reasonable search" as required by law, you must employ the most up-to-date technologies and tools available, in addition to searches by individual custodians likely to have responsive information. Recent technology may have rendered your agency's prior FOIA practices unreasonable. In light of the government-wide requirements to manage information electronically by the end of 2016, it is no longer reasonable to rely exclusively on custodian-driven searches. Furthermore, agencies that have adopted the National Archives and Records Agency (NARA) Capstone program, or similar policies, now maintain emails in a form that is reasonably likely to be more complete than individual custodians' files. For example, a custodian may have deleted a responsive email

---

[3]See *Competitive Enter. Inst. v. Office of Sci. & Tech. Policy*, 827 F.3d 145, 149-50 (D.C. Cir. 2016); *cf. Judicial Watch, Inc. v. Kerry*, 844 F.3d 952, 955-56 (D.C. Cir. 2016).

[4] See *Competitive Enter. Inst. v. Office of Sci. & Tech. Policy*, No. 14-cv-765, slip op. at 8 (D.D.C. Dec. 12, 2016) ("The Government argues that because the agency had a policy requiring [the official] to forward all of his emails from his [personal] account to his business email, the [personal] account only contains duplicate agency records at best. Therefore, the Government claims that any hypothetical deletion of the [personal account] emails would still leave a copy of those records intact in [the official's] work email. However, policies are rarely followed to perfection by anyone. At this stage of the case, the Court cannot assume that each and every work related email in the [personal] account was duplicated in [the official's] work email account." (citations omitted)).



1401 New York Avenue, NW    Tel: 202.662.8600
Suite 400                   Fax: 202.783.0857
Washington, DC 20005-2124   www.lawyerscommittee.org

*Co-Chairs*
James P. Joseph
Teresa Wynn Roseborough

*Secretary*
Eleanor H. Smith

*Treasurer*
Andrew W. Kentz

*General Counsel*
Nicholas T. Christakos

*President and
Executive Director*
Kristen Clarke

from his or her email program, but your agency's archiving tools would capture that email under Capstone. Accordingly, the Lawyers' Committee insists that your agency use the most up-to-date technologies to search for responsive information and take steps to ensure that the most complete repositories of information are searched. The Lawyers' Committee is available to work with you to craft appropriate search terms. However, custodian searches are still required; agencies may not have direct access to files stored in .PST files, outside of network drives, in paper format, or in personal email accounts.

Under the FOIA Improvement Act of 2016, agencies must adopt a presumption of disclosure, withholding information "only if . . . disclosure would harm an interest protected by an exemption" or "disclosure is prohibited by law."[5] If it is your position that any portion of the requested records is exempt from disclosure, the Lawyers' Committee requests that you provide an index of those documents as required under *Vaughn v. Rosen*, 484 F.2d 820 (D.C. Cir. 1973), cert. denied, 415 U.S. 977 (1974). As you are aware, a *Vaughn* index must describe each document claimed as exempt with sufficient specificity "to permit a reasoned judgment as to whether the material is actually exempt under FOIA."[6] Moreover, the *Vaughn* index "must describe each document or portion thereof withheld, and for each withholding it must discuss the consequences of disclosing the sought-after information."[7] Further, "the withholding agency must supply 'a relatively detailed justification, specifically identifying the reasons why a particular exemption is relevant and correlating those claims with the particular part of a withheld document to which they apply.'"[8]

In the event some portions of the requested records are properly exempt from disclosure, please disclose any reasonably segregable non-exempt portions of the requested records. If it is your position that a document contains non-exempt segments, but that those non-exempt segments are so dispersed throughout the document as to make segregation impossible, please state what portion of the document is non-exempt, and how the material is dispersed throughout the document. Claims of nonsegregability must be made with the same degree of detail as required for claims of exemptions in a *Vaughn* index. If a request is denied in whole, please state specifically that it is not reasonable to segregate portions of the record for release.

---

[5] FOIA Improvement Act of 2016 § 2 (Pub. L. No. 114-185).
[6] *Founding Church of Scientology v. Bell*, 603 F.2d 945, 949 (D.C. Cir. 1979).
[7] *King v. U.S. Dep't of Justice*, 830 F.2d 210, 223-24 (D.C. Cir. 1987) (emphasis in original).
[8] *Id.* at 224 (citing *Mead Data Central, Inc. v. U.S. Dep't of the Air Force*, 566 F.2d 242, 251 (D.C. Cir. 1977).



1401 New York Avenue, NW      Tel:  202.662.8600
Suite 400                                      Fax:  202.783.0857
Washington, DC 20005-2124      www.lawyerscommittee.org

*Co-Chairs*
James P. Joseph
Teresa Wynn Roseborough

*Secretary*
Eleanor H. Smith

*Treasurer*
Andrew W. Kentz

*General Counsel*
Nicholas T. Christakos

*President and
Executive Director*
Kristen Clarke

Please institute a preservation hold on information responsive to this request.  The Lawyers' Committee intends to pursue all legal avenues to enforce its right of access under FOIA, including litigation if necessary.  Accordingly, your agency is on notice that litigation is reasonably foreseeable.

To ensure that this request is properly construed, that searches are conducted in an adequate but efficient manner, and that extraneous costs are not incurred, the Lawyers' Committee welcomes an opportunity to discuss its request with you before you undertake your search or incur search or duplication costs.  By working together at the outset, the Lawyers' Committee and your agency can decrease the likelihood of costly and time-consuming litigation in the future.  Where possible, please provide responsive material in electronic format by email or in PDF or TIF format on a USB drive.  Please send any responsive material being sent by mail to Ezra Rosenberg, Lawyers' Committee for Civil Rights Under Law, 1401 New York Ave., NW, Washington DC, 20005.  If it will accelerate release of responsive records to the Lawyers' Committee, please also provide responsive material on a rolling basis.

**Fee Waiver Request**

In accordance with 5 U.S.C. § 552(a)(4)(A)(iii) and 6 C.F.R. § 5.11(k), the Lawyers' Committee requests a waiver of fees associated with processing this request for records.  The subject of this request concerns the operations of the federal government, and the disclosures will likely contribute to public understanding of those operations in a significant way.[9]  Moreover, the request is primarily and fundamentally for non-commercial purposes.[10]

The Lawyers' Committee requests a waiver of fees because disclosure of the requested information is "in the public interest because it is likely to contribute significantly to public understanding" of the operations or activities of the federal government.[11]  The disclosure of the information sought under this request will reveal the operations of the federal government, including how public funds are spent and how officials conduct the public's business, as well currently non-public documents related to coordination between your agency and the Commission.  In all events, the disclosure will produce information on matters of intense public interest and importance.  The Lawyers' Committee will disseminate the information to a reasonably broad audience of persons through its social media accounts and its website.

---

[9] 6 C.F.R. § 5.11(k)(1)(i).
[10] *Id.* § 5.11(k)(1)(ii).
[11] *Id.* § 5.11(k)(1)(i).



**Co-Chairs**
James P. Joseph
Teresa Wynn Roseborough

**Secretary**
Eleanor H. Smith

**Treasurer**
Andrew W. Kentz

**General Counsel**
Nicholas T. Christakos

**President and
Executive Director**
Kristen Clarke

1401 New York Avenue, NW      Tel: 202.662.8600
Suite 400                     Fax: 202.783.0857
Washington, DC 20005-2124     www.lawyerscommittee.org

This request is primarily and fundamentally for non-commercial purposes.[12]  As a 501(c)(3) nonprofit, the Lawyers' Committee does not have a commercial purpose and the release of the information requested is not in the Lawyers' Committee's financial interest.  The Lawyers' Committee was founded in 1963 and is committed to full and fair enforcement of federal civil rights laws and ensuring equal justice under law for all.  The Lawyers' Committee has been at the forefront of the legal struggle to advance and protect the right to vote, and accordingly it has substantial interest in the work of your agency that could affect the voting rights of Americans.

The Lawyers' Committee uses the information gathered, and its analysis of it, to educate the public through reports, press releases, or other media.  The Lawyers' Committee also makes materials it gathers available on its public website and promotes their availability on social media platforms, such as Facebook and Twitter.  The Lawyers' Committee has demonstrated its commitment to the public disclosure of documents.

Accordingly, the Lawyers' Committee qualifies for a fee waiver.

## **Application for Expedited Processing**

Pursuant to 5 U.S.C. § 552(a)(6)(E)(1) and 6 C.F.R. § 5.5(e)(1)(iv), the Lawyers' Committee requests that your agency expedite the processing of this request.

I certify to be true and correct to the best of my knowledge and belief, that there is widespread and exceptional media interest in, and that there exist possible questions concerning the sharing of sensitive immigration status information by DHS that will affect the voting rights in this nation.[13]  As discussed above, Vice Chair Kobach has already expressed an interest in unfettered access to immigration records affecting millions of people and their right to vote.  Whether the federal government is undertaking efforts that could affect the fundamental right to vote of Americans is a quintessential example of "[a] matter of widespread and exceptional media interest in which there exist possible questions about the government's integrity which affect public confidence."[14]

---

[12] *Id.* § 5.11(k)(1)(ii).

[13] *See, e.g.*, *Kobach Talks Goals of New Voter Fraud Commission; Commerce Secretary on North Korea Missile Test, China Trade Deal*, Transcript, May 14, 2017, http://www.foxnews.com/transcript/2017/05/14/kobach-talks-goals-new-voter-fraud-commission-commerce-secretary-on-nkorea-missile-test-china-trade-deal.html.

[14] 6 C.F.R. § 5.5(e)(1)(iv).



1401 New York Avenue, NW     Tel: 202.662.8600
Suite 400                              Fax: 202.783.0857
Washington, DC 20005-2124    www.lawyerscommittee.org

*Co-Chairs*
James P. Joseph
Teresa Wynn Roseborough

*Secretary*
Eleanor H. Smith

*Treasurer*
Andrew W. Kentz

*General Counsel*
Nicholas T. Christakos

*President and
Executive Director*
Kristen Clarke

Accordingly, the Lawyers' Committee's request satisfies the criteria for expedition.

## **Conclusion**

We share a common mission to promote transparency in government. The Lawyers' Committee looks forward to working with DHS on this request. If you do not understand any part of this request, have any questions, or foresee any problems in fully releasing the requested records, please contact Ezra Rosenberg at erosenberg@lawyerscommittee.org or (202) 662-8345. Also, if the Lawyers' Committee's request for a fee waiver is not granted in full, please contact us immediately upon making such a determination.

Thank you very much for your assistance.

Sincerely,

/s/ Kristen Clarke
Kristen Clarke
Jon Greenbaum
Ezra Rosenberg
Marcia Johnson-Blanco
Lawyers' Committee for Civil
Rights Under Law

Encl.

# EXHIBIT 3

## ACRONYMS

| | |
|---|---|
| Commission or PACEI | Presidential Advisory Commission on Election Integrity |
| DFO | Designated Federal Officer |
| DHS | Department of Homeland Security |
| DOD | Department of Defense |
| DOJ | Department of Justice |
| DWHIT | Director of White House Information Technology |
| EEOB | Eisenhower Executive Office Building |
| EFT | Electronic Funds Transfer |
| EOP | Executive Office of the President |
| EPIC | Electronic Privacy Information Center |
| FACA | Federal Advisory Committee Act |
| FOIA | Freedom of Information Act |
| GAI | Government Accountability Institute |
| GAO | Government Accountability Office |
| GSA | General Services Administration |
| IT | Information Technology |
| MOU | Memorandum of Understanding |
| NARA | National Archives and Records Administration |
| NASS | National Association of Secretaries of State |
| OMB | Office of Management and Budget |
| OVP | Office of the Vice President |
| PRA | Presidential Records Act |
| SAFE | Safe Access File Exchange |
| SGE | Special Governmental Employee |
| SoS | Secretary of State |
| SSA | Social Security Administration |
| TRO | Temporary Restraining Order |
| VP | Vice President |

Lawyers' Committee for Civil Rights Under Law v. Presidential Advisory Commission on Election Integrity, et al., No. 1:17-cv-1354 (CKK)

| | Document(s)/Category Description | Document Originator (if applicable) | Document Recipient(s) (if applicable) | Date Document Created and/or Shared (if applicable) | Commission Views as Subject to 10(b)? | Has Document Been Currently Disclosed? | Rational for non-disclosure (see 3d Kossack Decl. ¶ 12) |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | *Public Documents Related to the Creation and Organization of the Commission* | | | | | | |
| 4 | Executive Order No. 13,799, establishing the Commission | The President | Members of the Public | 11-May-17 | Yes | Yes | NA |
| 5 | White House Press Release: President Announces Formation of Bipartisan Presidential Commission on Election Integrity (May 11, 2017) | White House Press Secretary | Members of the Public | 11-May-17 | Yes | Yes | NA |
| 6 | Charter: Presidential Advisory Commission on Election Integrity | Commission Staff | Commission Members | 23-Jun-17 | Yes | Yes | NA |
| 7 | *Public Documents Related to June 28 Organizational Call* | | | | | | |
| 8 | Agenda for June 28, 2017, Organizational Conference Call | Commission Staff | Commission Members | For June 28 call | Yes | Yes | NA |
| 9 | Email regarding June 28, 2017, initial organizational call | Kossack | Commission Members | For June 28 call | No | discretionary release | NA |
| 10 | Readout of the Vice President's Call with the Presidential Advisory Commission on Election Integrity | White House Office of the Vice President | Members of the Public | 28-Jun-17 | Yes | Yes | NA |
| 11 | *Public Documents Related to July 19 Meeting* | | | | | | |
| 12 | PACEI Bylaws (as adopted and as drafted) | Commission Staff | Commission Members | For July 19 meeting | Yes | Yes | NA |
| 13 | List of Possible Topics for Commission to Address | Kobach | Commission Members | For July 19 meeting | Yes | Yes | NA |
| 14 | GSA briefing on FACA and Presidential Records Act | GSA | Commission Members | Presentation delivered at an administrative session held before the July 19 meeting began | No | discretionary release | NA |

1

9/29/2017

Lawyers' Committee for Civil Rights Under Law v. Presidential Advisory Commission on Election Integrity, et al., No. 1:17-cv-1354 (CKK)

| 1 | Document(s)/Category Description | Document Originator (if applicable) | Document Recipient(s) (if applicable) | Date Document Created and/or Shared (if applicable) | Commission Views as Subject to 10(b)? | Has Document Been Currently Disclosed? | Rational for non-disclosure (see 3d Kossack Decl. ¶ 12) |
|---|---|---|---|---|---|---|---|
| 15 | GSA briefing on Ethics Training for SGEs | GSA | Commission Members | Presentation delivered at an administrative session held before the July 19 meeting began | No | discretionary release | NA |
| 16 | Heritage Foundation: Database entitled A sampling of Election Fraud Cases From Across the Country | Shared by von Spakovsky | Commission Members | For July 19 meeting | Yes | Yes | NA |
| 17 | Report: Election Administration and Voting Survey - 2016 Comprehensive Report (by U.S. Election Assistance Commission) | Shared by McCormack | Commission Members | For July 19 meeting | Yes | Yes | NA |
| 18 | Opening Statement of J. Kenneth Blackwell (shared with other members) | Blackwell | Commission Members | For July 19 meeting | Yes | Yes | NA |
| 19 | PowerPoint presentation by Hans von Spakovsky (untitled) | von Spakovsky | Commission Members | For July 19 meeting | Yes | Yes | NA |
| 20 | Yale Law & Policy Review Article: The Other Voting Right: Protecting Every Citizen's Vote by Safeguarding the Integrity of the Ballot Box, by J. Kenneth Blackwell & Kenneth A. Klukowski | Shared by Blackwell | Commission Members | For July 19 meeting | Yes | Yes | NA |
| 21 | Video of the July 19 PACEI Meeting | Commission Staff | Commission Members | For July 19 meeting | Yes | Yes | NA |
| 22 | Remarks by President Trump and Vice President Pence at the Presidential Advisory Commission on Election Integrity meeting | White House Press Secretary | Members of the Public | 19-Jul-17 | Yes | Yes | NA |
| 23 | Remarks by Vice President Pence and Elected Officials at the First Meeting of the Presidential Advisory Commission on Election Integrity | White House Office of the Vice President | Members of the Public | 19-Jul-17 | Yes | Yes | NA |
| 24 | July 19, 2017 meeting agenda | Commission Staff | Commission Members | For July 19 meeting | Yes | Yes | NA |
| 25 | Revised July 19, 2017 meeting agenda | Commission Staff | Commission Members | For July 19 meeting | Yes | Yes | NA |
| 26 | Federal Register Meeting Notice for July 19 meeting | Commission Staff | Members of the Public | 5-Jul-17 | Yes | Yes | NA |
| 27 | *Public Documents Related to September 12 Meeting* | | | | | | |
| 28 | Announcement of September 12 Commission Meeting | White House Press Secretary | Members of the Public | 24-Aug-17 | Yes | Yes | NA |

Lawyers' Committee for Civil Rights Under Law v. Presidential Advisory Commission on Election Integrity, et al., No. 1:17-cv-1354 (CKK)

| | Document(s)/Category Description | Document Originator (if applicable) | Document Recipient(s) (if applicable) | Date Document Created and/or Shared (if applicable) | Commission Views as Subject to 10(b)? | Has Document Been Currently Disclosed? | Rational for non-disclosure (see 3d Kossack Decl. ¶ 12) |
|---|---|---|---|---|---|---|---|
| 29 | Federal Register Meeting Notice for September 12, 2017 meeting | Commission Staff | Members of the Public | 24-Aug-17 | Yes | Yes | NA |
| 30 | Agenda for September 12, 2017 Commission Meeting | Commission Staff | Commission Members | For Sept. 12 meeting | Yes | Yes | NA |
| 31 | Written statement by Donald Palmer, Panelist at Sept. 12 meeting, entitled "Election Integrity Issues Affecting Public Confidence" | Donald Palmer (Panelist) | Commission Members | For Sept. 12 meeting | Yes | Yes | NA |
| 32 | PowerPoint presentation by Andrew E. Smith, Panelist at Sept. 12 meeting, entitled "Turnout and Voter Trust" | Andrew E. Smith (Panelist) | Commission Members | For Sept. 12 meeting | Yes | Yes | NA |
| 33 | PowerPoint presentation by John R. Jott, Jr., Panelist at Sept. 12 meeting, entitled "A suggestion and some evidence" | John R. Lott, Jr. (Panelist) | Commission Members | For Sept. 12 meeting | Yes | Yes | NA |
| 34 | Updated PowerPoint presentation by John R. Lott, Jr., Panelist at Sept. 12 meeting, entitled "A suggestion and some evidence" | John R. Lott, Jr. (Panelist) | Commission Members | For Sept. 12 meeting | Yes | Yes | NA |
| 35 | PowerPoint presentation by Ronald L. Rivest, Panelist at September 12 meeting, entitled "Remarks on Election Integrity" | Ronald L. Rivest (Panelist) | Commission Members | For Sept. 12 meeting | Yes | Yes | NA |
| 36 | Report by Government Accountability Institute: "America the Vulnerable: The Problem of Duplicate Voting" | Shared by von Spakovsky | Commission Members | For Sept. 12 meeting | Yes | Yes | NA |
| 37 | PowerPoint presentation by Hans von Spakovsky, PACEI Member/Panelist at Sept. 12 meeting (untitled) | von Spakovksy | Commission Members | For Sept. 12 meeting | Yes | Yes | NA |
| 38 | PowerPoint presentation by Harri Hursti, Panelist at Sept. 12 meeting, entitled "Threat models and the tools of the industry" | Harri Hursti (Panelist) | Commission Members | For Sept. 12 meeting | Yes | Yes | NA |
| 39 | PowerPoint presentation by Ken Block, Panelist at Sept. 12 meeting, entitled "Data Mining for Potential Voter Fraud" | Ken Block (Panelist) | Commission Members | For Sept. 12 meeting | Yes | Yes | NA |
| 40 | PowerPoint presentation by Kimball Brace, panelist at Sept. 12 meeting, entitled "The Election Process From a Data Prospective" | Kimball Brace (Panelist) | Commission Members | For Sept. 12 meeting | Yes | Yes | NA |
| 41 | Updated PowerPoint presentation by Kimball Brace, panelist at Sept. 12 meeting, entitled "The Election Process From a Data Prospective" | Kimball Brace (Panelist) | Commission Members | For Sept. 12 meeting | Yes | Yes | NA |
| 42 | Letter from Shawn N. Jasper, Speaker of the New Hampshire House of Representatives, to New Hampshire Secretary of State and Commissioner of Department of Public Safety re: efforts to insure the accuracy and validity of New Hampshire's voter checklists | Shared by Secretary Gardner | Commission Members | For Sept. 12 meeting | Yes | Yes | NA |

9/29/2017

Lawyers' Committee for Civil Rights Under Law v. Presidential Advisory Commission on Election Integrity, et al., No. 1:17-cv-1354 (CKK)

| | Document(s)/Category Description | Document Originator (if applicable) | Document Recipient(s) (if applicable) | Date Document Created and/or Shared (if applicable) | Commission Views as Subject to 10(b)? | Has Document Been Currently Disclosed? | Rational for non-disclosure (see 3d Kossack Decl. ¶ 12) |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| 43 | PowerPoint presentation by William Gardner, Commission Member/Sept. 12 meeting host (untitled) | Gardner | Commission Members | For Sept. 12 meeting | Yes | Yes | NA |
| 44 | PowerPoint presentation by Andrew W. Appel, Panelist at Sept. 12 meeting, entitled "Record and counting votes in a trustworthy way" | Andrew W. Appel (panelist) | Commission Members | For Sept. 12 meeting | Yes | Yes | NA |
| 45 | Press release by N.H. Speaker Jasper re: response to inquiry of NH Departments of State and Safety | Shared by Gardner | Commission Members | For Sept. 12 meeting | Yes | Yes | NA |
| 46 | Response to N.H. Speaker's request for information by N.H. Department of State and Department of Safety, re: voter verification request | Shared by Gardner | Commission Members | For Sept. 12 meeting | Yes | Yes | NA |
| 47 | Written statement by Judge Alan L. King, PACEI Member, entitled "Statement of Issues/Recommendations" | King | Commission Members | For Sept. 12 meeting | Yes | Yes | NA |
| 48 | Paper: "Evidence of Voter Fraud and the Impact that Regulations to Reduce Fraud have on Voter Participation Rates," by John R. Lott, Jr. (2007) | John R. Lott, Jr. (Panelist) | Commission Members | For Sept. 12 meeting | Yes | Yes | NA |
| 49 | Report: "Garden State Gotcha" by Public Interest Legal Foundation (Sept. 2017) | Shared by Adams | Commission Members | For Sept. 12 meeting | Yes | Yes | NA |
| 50 | Belitto v. Sinipes, 221 F. Supp. 3d 1354 (S.D. Fla. 2016) | Shared by Adams | Commission Members | For Sept. 12 meeting | Yes | Yes | NA |
| 51 | ACLU v. Martinez-Rivera, 166 F. Supp. 3d 779 (S.D. Fla. 2017) | Shared by Adams | Commission Members | For Sept. 12 meeting | Yes | Yes | NA |
| 52 | Voter Integrity Project NC, Inc. v. Wake Cty. Bd. of Elections, No. 5:16-cv-683-BR (E.D.N.C. Feb. 21, 2017) | Shared by Adams | Commission Members | For Sept. 12 meeting | Yes | Yes | NA |
| 53 | Bates in the News: Nov. 11, 2016 - Voter Suppression (by Jay Burns) | Shared by Dunlap | Commission Members | For Sept. 12 meeting | Yes | Yes | NA |
| 54 | Written Statement by Robert D. Popper, Panelist at Sept. 12 meeting, entitled "It is Time to Start Enforcing the National Voter | Robert D. Popper (panelist) | Commission Members | For Sept. 12 meeting | Yes | Yes | NA |
| 55 | Article: "It Appears That Out-of-State Voters Changed The Outcome of the New Hampshire U.S. Senate Race" (by Kris Kobach, published on Breitbart) | Kobach | Commission Members | For Sept. 12 meeting | Yes | Yes | NA |
| 56 | List of panelists and biographies for Sept. 12 Meeting | Commission Staff | Commission Members | For Sept. 12 meeting | Yes | Yes | NA |
| 57 | Report: "Alien Invasion II: The Sequel to the Discovery and Cover-Up of Non-Citizen Registration and Voting in Virginia" (by Public Interest Legal Foundation) | Mentioned by Adams | Commission Members | For Sept. 12 meeting | Yes | Yes | NA |
| 58 | Guare v. New Hampshire, No. 2014-5 (N.H. 2015) | Mentioned by Kobach | Commission Members | For Sept. 12 meeting | Yes | Yes | NA |

| | Document(s)/Category Description | Document Originator (if applicable) | Document Recipient(s) (if applicable) | Date Document Created and/or Shared (if applicable) | Commission Views as Subject to 10(b)? | Has Document Been Currently Disclosed? | Rational for non-disclosure (see 3d Kossack Decl. ¶ 12) |
|---|---|---|---|---|---|---|---|
| 59 | New Hampshire Voter Registration Form | Mentioned by Kobach | Commission Members | For Sept. 12 meeting | yes | Yes | NA |
| 60 | *Public Documents Related to Request to States for Data/Views* | | | | | | |
| 61 | June 28, 2017, letter from Kobach to states, requesting views, recommendations, and publically available data (identical copies sent to election officials of the 50 states and District of Columbia) | Kobach | State Election Officials | 28-Jun-17 | Yes | Yes | NA |
| 62 | Statement from Kobach, Kansas Secretary of State and Vice Chair of the Presidential Advisory Commission on Election Integrity (related to data collection) | White House Press Secretary | Members of the Public | 5-Jul-17 | Yes | Yes | NA |
| 63 | July 26, 2017, letter from Kobach to state election officials, renewing June 28 informational request (identical copies sent to election officials of the states and the District of Columbia) | Kobach | State Election Officials | 26-Jul-17 | Yes | Yes | NA |
| 64 | Response to Data Request Letter | Michele Reagan, Arizona Secretary of State | Kobach | 3-Jul-17 | Yes | Yes | NA |
| 65 | Response to Data Request Letter | John Merril, Alabama Secretary of State | Kobach | 5-Jul-17 | Yes | Yes | NA |
| 66 | Response to Data Request Letter | Jesse White, Illinois Secretary of State | Kobach | 5-Jul-17 | Yes | Yes | NA |
| 67 | Response to Data Request Letter | Ken Drezner, Florida Secretary of State | Kobach | 6-Jul-17 | Yes | Yes | NA |
| 68 | Response to Data Request Letter | Paul Zirax, Secretary of the Oklahoma State Election Board | Kobach | 6-Jul-17 | Yes | Yes | NA |
| 69 | Response to Data Request Letter | Kenneth R. Menzel, General Counsel, Illinois State Board of Elections | Kobach | 7-Jul-17 | Yes | Yes | NA |
| 70 | Response to Data Request Letter | Shantel Krebs, South Dakota Secretary of State | Kobach | 10-Jul-17 | Yes | Yes | NA |
| 71 | Response to Data Request Letter | Frank Jung, General Counsel, Missouri Secretary of State | Kobach | 10-Jul-17 | Yes | Yes | NA |

Lawyers' Committee for Civil Rights Under Law v. Presidential Advisory Commission on Election Integrity, et al., No. 1:17-cv-1354 (CKK)

| 1 | Document(s)/Category Description | Document Originator (if applicable) | Document Recipient(s) (if applicable) | Date Document Created and/or Shared (if applicable) | Commission Views as Subject to 10(b)? | Has Document Been Currently Disclosed? | Rational for non-disclosure (see 3d Kossack Decl. ¶ 12) |
|---|---|---|---|---|---|---|---|
| 72 | Response to Data Request Letter | Mac Warner, West Virginia Secretary of State | Kobach | 11-Jul-17 | Yes | Yes | NA |
| 73 | Response to Data Request Letter | Wayne W. Williams, Colorado Department of State | Kobach | 14-Jul-17 | Yes | Yes | NA |
| 74 | Response to Data Request Letter | Ed Murray, Wyoming Secretary of State | Kobach | 14-Jul-17 | Yes | Yes | NA |
| 75 | Response to Data Request Letter | Tre Hargett, Tennessee Secretary of State | Kobach | 14-Jul-17 | Yes | Yes | NA |
| 76 | Response to Data Request Letter | Delbert Hosemann, Mississippi Secretary of State | Kobach | 19-Jul-17 | Yes | Yes | NA |
| 77 | Response to Data Request Letter | James C. Condos, Vermont Secretary of State | PACEI | 19-Jul-17 | Yes | Yes | NA |
| 78 | Response to Data Request Letter | John Husted, Ohio Secretary of State | Commission Members | 24-Jul-17 | Yes | Yes | NA |
| 79 | Response to Data Request Letter | John Husted, Ohio Secretary of State | PACEI | 24-Jul-17 | Yes | Yes | NA |
| 80 | Response to Data Request Letter | Paul O. Pate, Iowa Secretary of State | Kobach | 26-Jul-17 | Yes | Yes | NA |
| 81 | Response to Data Request Letter | Scoti T. Nago, Chief Election Officer, Hawaii | Kobach | 27-Jul-17 | Yes | Yes | NA |
| 82 | Response to Data Request Letter | Bryan A. Caskey, Director of Elections, Kansas Secretary of State | Williams | 27-Jul-17 | Yes | Yes | NA |
| 83 | Response to Data Request Letter | John Conklin, Director of Public Information, NYS Board of Elections | Kossack | 27-Jul-17 | Yes | Yes | NA |
| 84 | Email re: point of contact for secure transfer of voting data | Brandon Newell, Office of Secretary of State, Arkansas | Williams | 27-Jul-17 | Yes | Yes | NA |

| 1 | Document(s)/Category Description | Document Originator (if applicable) | Document Recipient(s) (if applicable) | Date Document Created and/or Shared (if applicable) | Commission Views as Subject to 10(b)? | Has Document Been Currently Disclosed? | Rational for non-disclosure (see 3d Kossack Decl. ¶ 12) |
|---|---|---|---|---|---|---|---|
| 85 | Response to Data Request Letter | Wayne Thorley, Nevada Deputy Secretary of State for Elections | Williams | 28-Jul-17 | Yes | Yes | NA |
| 86 | Response to Data Request Letter | Matthew Dunlap, Maine Secretary of State | Kobach | 31-Jul-17 | Yes | Yes | NA |
| 87 | Letter containing instructions to request information from Texas databases | Lindsey Aston, General Counsel, Texas Secretary of State | Kobach | 31-Jul-17 | Yes | Yes | NA |
| 88 | Response to Data Request Letter | Jerold A. Bonnet, General Counsel, Office of the Indiana Secretary of State | Kobach | 4-Aug-17 | Yes | Yes | NA |
| 89 | Response to Data Request Letter | Tom Schedler, Louisiana Secretary of State | PACEI | 9-Aug-17 | Yes | Yes | NA |
| 90 | Response to Data Request Letter | Jade K. Fountain-Tanigawa, Office of the County Clerk, County of Kauai | Kobach | 10-Aug-17 | Yes | Yes | NA |
| 91 | Response to Data Request Letter | Bryon Mallott, Alaska Lt. Gov. | Kobach | 21-Aug-17 | Yes | Yes | NA |
| 92 | Response to Data Request Letter | Steve Simon, Minnesota Secretary of State | Kobach | 22-Aug-17 | Yes | Yes | NA |
| 93 | Response to Data Request Letter | Elaine Manlove, Delaware State Election Commissioner | Kobach | 28-Aug-17 | Yes | Yes | NA |
| 94 | Response to Data Request Letter | Alvin A. Jaeger, North Dakota Secretary of State | PACEI | 5-Sep-17 | Yes | Yes | NA |
| 95 | Response to Data Request Letter | John A. Gale, Nebraska Secretary of State | Kobach | 19-Sep-17 | Yes | Yes | NA |

9/29/2017

| | Document(s)/Category Description | Document Originator (if applicable) | Document Recipient(s) (if applicable) | Date Document Created and/or Shared (if applicable) | Commission Views as Subject to 10(b)? | Has Document Been Currently Disclosed? | Rational for non-disclosure (see 3d Kossack Decl. ¶ 12) |
|---|---|---|---|---|---|---|---|
| 96 | Response to Data Request Letter | Kenneth Menzel, General Counsel, Illinois State Board of Elections | Kobach | 19-Sep-17 | Yes | Yes | NA |
| 97 | *State Data Received -- Listed by State* | | | | | | |
| 98 | Arkansas | | | | Yes | No | Exempt pursuant to (b)(6).  See 3d Kossack Decl. ¶ 11 |
| 99 | North Carolina | | | | Yes | No | Exempt pursuant to (b)(6).  See 3d Kossack Decl. ¶ 11 |
| 100 | Florida | | | | Yes | No | Exempt pursuant to (b)(6).  See 3d Kossack Decl. ¶ 11 |
| 101 | Ohio | | | | Yes | No | Exempt pursuant to (b)(6).  See 3d Kossack Decl. ¶ 11 |
| 102 | Colorado | | | | Yes | No | Exempt pursuant to (b)(6).  See 3d Kossack Decl. ¶ 11 |
| 103 | Washington | | | | Yes | No | Exempt pursuant to (b)(6).  See 3d Kossack Decl. ¶ 11 |
| 104 | Nevada | | | | Yes | No | Exempt pursuant to (b)(6).  See 3d Kossack Decl. ¶ 11 |
| 105 | New York | | | | Yes | No | Exempt pursuant to (b)(6).  See 3d Kossack Decl. ¶ 11 |
| 106 | Kansas | | | | Yes | No | Exempt pursuant to (b)(6).  See 3d Kossack Decl. ¶ 11 |
| 107 | Oklahoma | | | | Yes | No | Exempt pursuant to (b)(6).  See 3d Kossack Decl. ¶ 11 |
| 108 | New Jersey | | | | Yes | No | Exempt pursuant to (b)(6).  See 3d Kossack Decl. ¶ 11 |

9/29/2017

Lawyers' Committee for Civil Rights Under Law v. Presidential Advisory Commission on Election Integrity, et al., No. 1:17-cv-1354 (CKK)

| | Document(s)/Category Description | Document Originator (if applicable) | Document Recipient(s) (if applicable) | Date Document Created and/or Shared (if applicable) | Commission Views as Subject to 10(b)? | Has Document Been Currently Disclosed? | Rational for non-disclosure (see 3d Kossack Decl. ¶ 12) |
|---|---|---|---|---|---|---|---|
| 109 | Hawaii (Kaua'i County) | | | | Yes | No | Exempt pursuant to (b)(6).  See 3d Kossack Decl. ¶ 11 |
| 110 | Montana | | | | Yes | No | Exempt pursuant to (b)(6).  See 3d Kossack Decl. ¶ 11 |
| 111 | Pennsylvania | | | | Yes | No | Exempt pursuant to (b)(6).  See 3d Kossack Decl. ¶ 11 |
| 112 | West Virginia | | | | Yes | No | Exempt pursuant to (b)(6).  See 3d Kossack Decl. ¶ 11 |
| 113 | Alaska | | | | Yes | No | Exempt pursuant to (b)(6).  See 3d Kossack Decl. ¶ 11 |
| 114 | Idaho | | | | Yes | No | Exempt pursuant to (b)(6).  See 3d Kossack Decl. ¶ 11 |
| 115 | Oregon | | | | Yes | No | Exempt pursuant to (b)(6).  See 3d Kossack Decl. ¶ 11 |
| 116 | Missouri | | | | Yes | No | Exempt pursuant to (b)(6).  See 3d Kossack Decl. ¶ 11 |
| 117 | Iowa | | | | Yes | No | Exempt pursuant to (b)(6).  See 3d Kossack Decl. ¶ 11 |
| 118 | *Other Public Documents* | | | | | | |
| 119 | Book: Who's Counting? How Fraudsters and Bureaucrats Put Your Vote at Risk, by June Fund and Hans von Spakovsky | Shared by Hans von Spakovsky | Commission Members | Shared after July 19 meeting | Yes | Yes | NA |
| 120 | Public Comments received from members of the public to the Commission's email address and posted online | Members of the Public | Commission Members | 6/29/17 - 09/12/2017 | Yes | Yes | NA |
| 121 | Public Comments received from members of the public to the Commission's regulations.gov website and posted online | Members of the Public | Commission Members | Accepted through the submission of the Commission's final report | Yes | Yes | NA |

9/29/2017

Lawyers' Committee for Civil Rights Under Law v. Presidential Advisory Commission on Election Integrity, et al., No. 1:17-cv-1354 (CKK)

| | Document(s)/Category Description | Document Originator (if applicable) | Document Recipient(s) (if applicable) | Date Document Created and/or Shared (if applicable) | Commission Views as Subject to 10(b)? | Has Document Been Currently Disclosed? | Rational for non-disclosure (see 3d Kossack Decl. ¶ 12) |
|---|---|---|---|---|---|---|---|
| 122 | Public comments submitted to Commission, but not posted publicly because comments are overly profane and/or contain threats, and contain nothing by way of substance | Members of the Public | Commission Members | Since June 2017 | No | No | (a) |
| 123 | Letter from Sen. Amy Klobuchar, et al. re: Commission activities | Members of Congress | The Vice President and Kobach | 6/29/2017 | Yes | Yes | NA |
| 124 | Letter from Sen. Amy Klobuchar, et al. re: Commission activities | Members of Congress | The Vice President and Kobach | 7/6/2017 | Yes | Yes | NA |
| 125 | Letter from Sen. Tester and Gov. Bullock re: Commission activities | Montana officials | The Vice President and Kobach | 7/11/2017 | Yes | Yes | NA |
| 126 | Letter from Rep. Cummings, et al. re: Commission activities | Members of Congress | Commission Members | 7/18/2017 | Yes | Yes | NA |
| 127 | Letter from Rep. Eshoo, et al. re: Commission activities | Members of Congress | The Vice President and Kobach | 7/18/2017 | Yes | Yes | NA |
| 128 | Letter from Sens. Klobuchar and Whitehouse re: Commission activities | Sens. Klobuchar and Whitehouse | Commission Members | 9/12/2017 | Yes | Yes | NA |
| 129 | Statement by Sen. Shaheen re: Sept 12 meeting re: Commission activities | Sen. Shaheen | Commission Members | 9/12/2017 | Yes | Yes | NA |
| 130 | *Emails Sent by Commission DFO to Commission Membership* (To avoid repetition, these documents are not also listed separately under each Commissioner) | | | | | | |
| 131 | Welcome and Initial Organizational Call | Kossack | Commission Members | 26-Jun-17 | No | discretionary release | N/A |
| 132 | Email planner holding June 28, 2017 Organizational Call | Kossack | Commission Members | 27-Jun-17 | No | No | (b) |
| 133 | Email sending agenda for June 28, 2017 organizational call | Kossack | Commission Members | 27-Jun-17 | No | No | (b) |
| 134 | Updated email planner sending dial-in information for June 28 organizational call | Kossack | Commission Members | 27-Jun-17 | No | No | (b) |
| 135 | Email containing dial-in information related to June 28 call as well as documents related to ethics standards for special government employees | Kossack | Commission Members | 27-Jun-17 | No | No | (b) |
| 136 | Email containing copy of June 28 Kobach letter, to be sent to secretaries of state and chief state election officials | Kossack | Commission Members | 28-Jun-17 | No | No | (b) |

Lawyers' Committee for Civil Rights Under Law v. Presidential Advisory Commission on Election Integrity, et al., No. 1:17-cv-1354 (CKK)

| | Document(s)/Category Description | Document Originator (if applicable) | Document Recipient(s) (if applicable) | Date Document Created and/or Shared (if applicable) | Commission Views as Subject to 10(b)? | Has Document Been Currently Disclosed? | Rational for non-disclosure (see 3d Kossack Decl. ¶ 12) |
|---|---|---|---|---|---|---|---|
| 137 | Email forwarding email sent from Commission to States, asking them to hold off sending data pending resolution of EPIC TRO | Kossack | Commission Members | 10-Jul-17 | No | No | (b) |
| 138 | Email regarding financial disclosure, EFT Enrollment form, and travel logistics for July 19 meeting | Kossack | Commission Members | 11-Jul-17 | No | No | (b) |
| 139 | Email regarding booking travel for July 19 meeting and reminder to submit 450 Financial Disclosure form | Kossack | Commission Members | 13-Jul-17 | No | No | (b) |
| 140 | Email containing agenda for July 19 meeting | Kossack | Commission Members | 14-Jul-17 | No | No | (b) |
| 141 | Email forwarding email from GSA containing information on how to book travel; cover email reviews meeting location and schedule | Kossack | Commission Members | 14-Jul-17 | No | No | (b) |
| 142 | Email containing logistical information for attending July 19 meeting and ethics question related to financial disclosure | Kossack | Commission Members | 17-Jul-17 | No | No | (b) |
| 143 | Email containing draft By-Laws, revised agenda, and reminder about July 19 meeting logistics | Kossack | Commission Members | 18-Jul-17 | No | No | (b) |
| 144 | Email containing instructions for travel expense reimbursements | Kossack | Commission Members | 20-Jul-17 | No | No | (b) |
| 145 | Email containing copies of letters received from Colorado and Wyoming secretaries of state | Kossack | Commission Members | 21-Jul-17 | No | No | (b) |
| 146 | Email containing letter from Ohio Secretary of State | Kossack | Commission Members | 25-Jul-17 | No | No | (b) |
| 147 | Email containing copy of July 26 letter from Kobach to states regarding data collection | Kossack | Commission Members | 26-Jul-17 | No | No | (b) |
| 148 | Email containing follow up communication from GSA regarding Hatch Act | Kossack | Commission Members | 2-Aug-17 | No | No | (b) |
| 149 | Email containing litigation holds (and attachments, i.e., complaints/filings) | Kossack | Commission Members | 7-Aug-17 | No | No | (b) |
| 150 | Email containing save-the-date for September 12 meeting | Kossack | Commission Members | 18-Aug-17 | No | No | (b) |
| 151 | Email containing travel and logistical information for September 12 meeting | Kossack | Commission Members | 24-Aug-17 | No | No | (b) |
| 152 | Email containing letter from Kobach regarding submission of meeting materials for September 12 meeting and reminder of litigation hold letter | Kossack | Commission Members | 30-Aug-17 | No | No | (b) |
| 153 | Email promising proposed agenda for September 12 meeting soon and asking members to submit any written materials by Sept. 7 | Kossack | Commission Members | 1-Sep-17 | No | No | (b) |

Lawyers' Committee for Civil Rights Under Law v. Presidential Advisory Commission on Election Integrity, et al., No. 1:17-cv-1354 (CKK)

| | Document(s)/Category Description | Document Originator (if applicable) | Document Recipient(s) (if applicable) | Date Document Created and/or Shared (if applicable) | Commission Views as Subject to 10(b)? | Has Document Been Currently Disclosed? | Rational for non-disclosure (see 3d Kossack Decl. ¶ 12) |
|---|---|---|---|---|---|---|---|
| 154 | Email containing reminder of ethics rules that govern teaching, speaking, and writing | Kossack | Commission Members | 5-Sep-17 | No | No | (b) |
| 155 | Email containing agenda for September 12 meeting | Kossack | Commission Members | 5-Sep-17 | No | No | (b) |
| 156 | Email containing revised agenda for September 12 meeting | Kossack | Commission Members | 6-Sep-17 | No | No | (b) |
| 157 | Email containing materials for September 12 meeting | Kossack | Commission Members | 8-Sep-17 | No | No | (b) |
| 158 | Email stating that materials prepared for September 12 meeting are posted online | Kossack | Commission Members | 8-Sep-17 | No | No | (b) |
| 159 | Email containing logistical information for September 12 meeting and reminder about FACA open-meeting requirements | Kossack | Commission Members | 11-Sep-17 | No | No | (b) |
| 160 | *Materials of Commission Member J. Christian Adams* | | | | | | |
| 161 | Email forwarding news article | Adams | OVP Counsel | 13-May-17 | No | No | (h) |
| 162 | Email forwarding information about potential staff member for Commission | Adams | OVP Counsel | 18-May-17 | No | No | (g) |
| 163 | Email forwarding news article | Adams | OVP Counsel | 30-May-17 | No | No | (h) |
| 164 | Email forwarding news article | Adams | OVP Counsel | 31-May-17 | No | No | (h) |
| 165 | Email addressing potential research opportunities for Commission | Adams | OVP Counsel | 5-Jun-17 | No | No | (f) |
| 166 | Email addressing election integrity; suggesting potential outreach options | Adams | Kossack | 5-Jul-17 | No | No | (f) |
| 167 | Email about potential participants in Commission | Adams | Kossack, OVP Counsel | 6-Jul-17 | No | No | (g) |
| 168 | Email forwarding press release | Adams | Kossack, OVP Counsel, von Spakovsky | 6-Jul-17 | No | No | (h) |
| 169 | Email requesting Adam's preferred title for appointment announcment | Kossack | Adams | 11-Jul-17 | No | No | (c) |
| 170 | Email forwarding press release re: Adams' appointment to Commission | Adams | Kossack, OVP Counsel | 11-Jul-17 | No | No | (h) |
| 171 | Email forwarding link to television appearance | Adams | Kossack, OVP Counsel, von Spakowsky, Blackwell | 17-Jul-17 | No | No | (h) |
| 172 | Cover email forwarding material to be used for July 19 meeting | Adams | Kossack, OVP Counsel | 18-Jul-17 | No | No | (c) |

Lawyers' Committee for Civil Rights Under Law v. Presidential Advisory Commission on Election Integrity, et al., No. 1:17-cv-1354 (CKK)

| | Document(s)/Category Description | Document Originator (if applicable) | Document Recipient(s) (if applicable) | Date Document Created and/or Shared (if applicable) | Commission Views as Subject to 10(b)? | Has Document Been Currently Disclosed? | Rational for non-disclosure (see 3d Kossack Decl. ¶ 12) |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| 173 | Email requesting copy of photograph from July 19 meeting | Adams | OVP Counsel | 20-Jul-17 | No | No | personal |
| 174 | Email chain discussing potential data analysts | Adams | Kossack | 28-Jul-17 | No | No | (i) |
| 175 | Email exchange in response to press inquiry about Commission | Adams | Kossack, OVP Counsel, von Spakowsky | 14-Aug-17 | No | No | (j) |
| 176 | Email asking about September 12 meeting location | Adams | Kossack | 18-Aug-17 | No | No | (c) |
| 177 | Email forwarding news article | Adams | Kossack | 31-Aug-17 | No | No | (h) |
| 178 | Email sending copy of materials to be used at September 12 presentation | Adams | Kossack, von Spakovsky | 1-Sep-17 | No | No | (c) |
| 179 | Email forwarding third-party individual's request for press credentials for September 12 meeting | Adams | Kossack | 1-Sep-17 | No | No | (c) |
| 180 | Email responding to ethics reminder | Adams | Kossack, OVP Counsel, Williams | 5-Sep-17 | No | No | (c) |
| 181 | Cover email sending copy of materials to be used at September 12 presentation | Adams | Kossack, Kobach, OVP Counsel, Williams | 7-Sep-17 | No | No | (c) |
| 182 | Email forwarding link to article | Adams | Kossack | 7-Sep-17 | No | No | (h) |
| 183 | Email forwarding link to article | Adams | Kossack, OVP Counsel | 10-Sep-17 | No | No | (h) |
| 184 | Email sending copy of press release | Adams | Kossack, OVP Counsel | 11-Sep-17 | No | No | (h) |
| 185 | Email sending link to news article | Adams | Kossack, OVP Counsel, Williams | 13-Sep-17 | No | No | (h) |
| 186 | Email about potential witnesses at a future Commission meeting | Adams | Kossack, OVP Counsel, Williams | 15-Sep-17 | No | No | (f) |
| 187 | Email forwarding news article | Adams | Kossack, OVP Counsel, Williams | 20-Sep-17 | No | No | (h) |
| 188 | Miscellaneous emails related to travel booking | | | | No | No | (c) |
| 189 | Miscellaneous emails related to the submission of financial disclosure and government ethics forms; copies of government ethics forms | | | | No | No | (c) |
| 190 | *Materials of Commission Member Kenneth Blackwell* | | | | | | |
| 191 | Email re: scheduling time to speak | OVP Counsel | Blackwell | 19-May-17 | No | No | (c) |

| | Document(s)/Category Description | Document Originator (if applicable) | Document Recipient(s) (if applicable) | Date Document Created and/or Shared (if applicable) | Commission Views as Subject to 10(b)? | Has Document Been Currently Disclosed? | Rational for non-disclosure (see 3d Kossack Decl. ¶ 12) |
|---|---|---|---|---|---|---|---|
| 192 | Email re: appointment documents and background information | OVP | Blackwell | 19-May-17 | No | No | (c) |
| 193 | Email chain sharing multiple news articles | Blackwell | OVP counsel, WHO members | 7/5/2017 - 7/6/2017 | No | No | (h) |
| 194 | Mass email sharing tweets/facebook posts | Blackwell | Mass email, received by Kossack | 11-Jul-17 | No | No | (h) |
| 195 | Email sharing link to news article | Blackwell | OVP and EOP staff members | 14-Jul-17 | No | No | (h) |
| 196 | Emails sending copy of opening remarks and law review article | Blackwell | Kossack | 18-Jul-17 | No | No | (c) |
| 197 | Email re: Blackwell's media availability | Blackwell | EOP staff member | 18-Jul-17 | No | No | (c) |
| 198 | Four tweets posted on July 19, 2017 | Blackwell | Twitter | 19-Jul-17 | No | Yes | (h) |
| 199 | Email containing photo of commissioners | Blackwell | Kossack, Kobach, von Spakovsky, Adams | 20-Jul-17 | No | No | personal |
| 200 | Email re: interview request | News Producer | Blackwell | 10-Aug-17 | No | No | (j) |
| 201 | Email re: formation of a new interest group | Blackwell | Kossack, Kobach, OVP Counsel | 14-Aug-17 | No | No | (h) |
| 202 | Email re: time to speak | Kossack | Blackwell | 18-Aug-17 | No | No | (c) |
| 203 | Travel authorization documents for September 12 meeting | Travel Agency | Blackwell | 6-Sep-17 | No | No | (c) |
| 204 | Email chain re: time to speak | Kossack | Blackwell | 7-Sep-17 | No | No | (c) |
| 205 | Handwritten notes from September 12 meeting | Blackwell | N/A | 12-Sep-17 | No | No | (k) |
| 206 | Miscellaneous emails related to travel booking | | | | No | No | (c) |
| 207 | Miscellaneous emails related to the submission of financial disclosure and government ethics forms; copies of government ethics forms | | | | No | No | (c) |
| 208 | *Materials of Commission Member Matthew Dunlap* | | | | | | |
| 209 | Request for interview and email exchange with Dunlap staff member regarding logistics | Reporter | Dunlap and staff | 11-May-17 | No | No | (j) |
| 210 | Press Release | Office of California Secretary of State | Members of the Press/Public | 11-May-17 | No | No | (n) |
| 211 | Email forwarding public statement of Kentucky Secretary of State | NASS staffer | Dunlap and staff | 11-May-17 | No | No | (o) |
| 212 | Email forwarding press release | Advocacy group | Dunlap and staff | 18-May-17 | No | No | (n) |

Lawyers' Committee for Civil Rights Under Law v. Presidential Advisory Commission on Election Integrity, et al., No. 1:17-cv-1354 (CKK)

| 1 | Document(s)/Category Description | Document Originator (if applicable) | Document Recipient(s) (if applicable) | Date Document Created and/or Shared (if applicable) | Commission Views as Subject to 10(b)? | Has Document Been Currently Disclosed? | Rational for non-disclosure (see 3d Kossack Decl. ¶ 12) |
|---|---|---|---|---|---|---|---|
| 213 | Emails regarding public record requests | Maine Secretary of State Communications Director | Dunlap and staff | 5/18/17, 5/19/17, 5/22/17 | No | No | (n) |
| 214 | Email acknowledging National Association of Secretaries of State (NASS) alert about Commission | Dunlap | NASS staffer | 22-May-17 | No | No | (m), (n) |
| 215 | Cover email attaching letter from Kobach to Dunlap in his official capacity as Secretary of State requesting publicly available voter roll information | Commission Staff | Dunlap | 28-Jun-17 | No | No | (n) |
| 216 | Email forwarding media request | Maine SoS Staff | Dunlap and staff | 28-Jun-17 | No | No | (j) |
| 217 | Email exchange regarding interview request and logistics | Reporter | Dunlap staff | 29-Jun-17 | No | No | (j) |
| 218 | Press Release regarding Commission's Request for publicly available voter roll information | Dunlap staff | Members of the Press/Public | 30-Jun-17 | No | No | (n) |
| 219 | E-mail coordinating response to citizen calls about the Commission | Maine Deputy Secretary of State | Dunlap and staff | 30-Jun-17 | No | No | (n) |
| 220 | E-mail from news organization to Dunlap's office requesting comment | Reporter | Dunlap and staff | 30-Jun-17 | No | No | (j) |
| 221 | E-mail exchange regarding request for Maine's voter information | Reporter | Dunlap | 30-Jun-17 | No | No | (n) |
| 222 | Email exchange about June 30 letter | Reporter | Dunlap | 6/30/17, 7/6/17 | No | No | (j) |
| 223 | Letter from Dunlap in official capacity as Secretary of State to Kobach responding to June 28 letter requesting voter information | Dunlap | Kobach | 3-Jul-17 | No | No | (n) |
| 224 | Email regarding data request | Dunlap | Maine SoS Communications Director | 3-Jul-17 | No | No | (n) |
| 225 | Press release regarding Dunlap's response to June 26 letter requesting voter information | Maine Secretary of State Communications Director | Members of the Press/Public | 3-Jul-17 | No | No | (n) |
| 226 | Draft letter responding to June 26 letter requesting voter information | Dunlap | Maine SoS staff | 3-Jul-17 | No | No | (n) |
| 227 | Email from advocacy group attaching legal memorandum | Advocacy group | Dunlap | 7/4/17, 7/6/17 | No | No | (o) |
| 228 | Email from from advocacy group to Dunlap | Advocacy group | Dunlap | 5-Jul-17 | No | No | (o) |
| 229 | Email with attachment about attempts to influence 2016 election | Third party | Kobach, Dunlap, Lawson, Gardner | 5-Jul-17 | No | No | (o) |
| 230 | Email exchange forwarding July 6 email from advocacy group | Dunlap staff | Dunlap | 6-Jul-17 | No | No | (m) |
| 231 | Email exchange | Dunlap | Reporter | 6-Jul-17 | No | No | (j) |

Lawyers' Committee for Civil Rights Under Law v. Presidential Advisory Commission on Election Integrity, et al., No. 1:17-cv-1354 (CKK)

| | Document(s)/Category Description | Document Originator (if applicable) | Document Recipient(s) (if applicable) | Date Document Created and/or Shared (if applicable) | Commission Views as Subject to 10(b)? | Has Document Been Currently Disclosed? | Rational for non-disclosure (see 3d Kossack Decl. ¶ 12) |
|---|---|---|---|---|---|---|---|
| 232 | Email regarding press interest in July 19 meeting | Maine Secretary of State Communications Director | Dunlap | 13-Jul-17 | No | No | (j) |
| 233 | Press Release regarding Dunlap's participation in July 19 meeting | Maine Secretary of State Communications Director | Members of the Press/Public | 20-Jul-17 | No | No | (j) |
| 234 | Email inviting Dunlap to attend July 28 meeting to discuss Commission | Advocacy group | Dunlap | 25-Jul-17 | No | No | (j) |
| 235 | Email from advocacy group about providing voter information | Advocacy group | Dunlap | 28-Jul-17 | No | No | (o) |
| 236 | Letter from Dunlap in official capacity as Secretary of State to Kobach responding to July 26 letter requesting voter information | Dunlap | Kobach | 31-Jul-17 | No | No | (n) |
| 237 | Email requesting information | Reporter | Dunlap staff | 1-Aug-17 | No | No | (j) |
| 238 | Email chain confirming receipt of Dunlap's July 31, 2017 letter to Kobach regarding request for voter information | Dunlap Staff | Williams, Commission Staff and Dunlap | 1-Aug-17 | No | No | (n) |
| 239 | Email inquiring about status of letter responding to July 26 request for voter information | Dunlap Staff | Dunlap | 1-Aug-17 | No | No | (n) |
| 240 | Email forwarding Kossack's Aug 2 email about the Hatch Act to Commission Members | Dunlap | Dunlap staff | 2-Aug-17 | No | No | (c) |
| 241 | Email forwarding August 7 email from Kossack to Commission Members regarding Litigation Hold | Dunlap | Dunlap staff | 7-Aug-17 | No | No | (c) |
| 242 | Email chain re: location/date for September 12 meeting | Dunlap | Maine SoS Communications Director | 24-Aug-17 | No | No | (c) |
| 243 | Email exchange regarding request to attend September 12 meeting | Maine SoS Communications Director | Kossack | 8/29/17 - 8/30/17 | No | No | (c) |
| 244 | Email forwarding NASS handout for August 30 call | Dunlap | Kossack | 1-Sep-17 | No | No | (h) |
| 245 | Email forwarding link to news article | Dunlap | Kossack | 7-Sep-17 | No | No | (h) |
| 246 | Email exchanges regarding media coordination/inquiries | Maine Secretary of State Communications Director | Dunlap | 5/11, 12, 15, 16/17; 6/19, 22, 23, 26, 27, 29, 30/17; 7/6/17 | No | No | (j) |
| 247 | Handwritten notes/logs of constituent phone calls to Dunlap's office | Members of the Public | Dunlap | 5/2017 - 8/2017 | No | No | (n) |

| | Document(s)/Category Description | Document Originator (if applicable) | Document Recipient(s) (if applicable) | Date Document Created and/or Shared (if applicable) | Commission Views as Subject to 10(b)? | Has Document Been Currently Disclosed? | Rational for non-disclosure (see 3d Kossack Decl. ¶ 12) |
|---|---|---|---|---|---|---|---|
| 248 | Emails, postcards, and letters from constituents, advocacy groups regarding Commission | Members of the Public | Dunlap | 6/2017 - 9/2017 | No | No | (o) |
| 249 | Miscellaneous emails related to travel booking | | | | No | No | (c) |
| 250 | Miscellaneous emails related to the submission of financial disclosure and government ethics forms; copies of government ethics forms | | | | No | No | (c) |
| 251 | Miscellaneous emails forwarding procedural/logistic emails from Kossack to Maine Secretary of State staff | | | | No | No | (c) |
| 252 | *Materials of Commission Member David Dunn* | | | | | | |
| 253 | Email requesting guidance on responding to press questions | Dunn | Kossack | 5-Jul-17 | No | No | (j) |
| 254 | Email exchange confirming July 19 meeting | Dunn | Kossack | 10-Jul-17 | No | No | (c) |
| 255 | Typed Prepared Introductory Remarks for July 19 meeting | Dunn | N/A | 18-Jul-17 | No | No | (l) |
| 256 | Email exchange re: update on pending litigation | Dunn | Kossack | 23-Jul-17 | No | No | (c), (v) |
| 257 | Email exchange re: scheduling September meeting | Dunn | Kossack | 11-Aug-17 | No | No | (c) |
| 258 | Email exchange re: confirming Dunn's e-mail address; forwarding August 30 e-mail from Kossack to Commission Members re: letter from Vice Chair Kobach regarding submission of meeting materials for the September 12th meeting | Dunn | Kossack | 30-Aug-17 | No | No | (c) |
| 259 | Statement by Senator Jeanne Shaheen | Sen. Shaheen | Commission Members | 12-Sep-17 | Yes | Yes | N/A |
| 260 | Miscellaneous emails related to travel booking | | | | No | No | (c) |
| 261 | Miscellaneous emails related to the submission of financial disclosure and government ethics forms; copies of government ethics forms | | | | No | No | (c) |
| 262 | *Materials of Commission Member William Gardner* | | | | | | |
| 263 | Document containing various quotes on election administration and turnout from academic articles and newspapers | Gardner | N/A | 27-Jun-16 | No | No | (l) |
| 264 | Email forwarding article about Gardner's participation in Commission | NH Secretary of State's Office | Gardner | 22-May-17 | No | No | (m) |
| 265 | Copy of June 28 letter sent to Gardner's SoS account | Kobach | Gardner | 28-Jun-17 | No | No | (n) |
| 266 | Copy of July 26 letter sent to Gardner's SoS account | Kobach | Gardner | 28-Jun-17 | No | No | (n) |
| 267 | Copy of July 10 request to hold off email sent to Gardner's SoS account | Kossack | Gardner | 10-Jul-17 | No | No | (n) |
| 268 | Email including names of staff members for attendance at July meeting [and associated email chain] | Gardner (via staff) | Kossack | 7/14/2017, 7/18/2017 | No | No | (c) |
| 269 | Email re: Gardner's potential press availability | OVP Staff member | Gardner | 17-Jul-17 | No | No | (j) |

Lawyers' Committee for Civil Rights Under Law v. Presidential Advisory Commission on Election Integrity, et al., No. 1:17-cv-1354 (CKK)

| | Document(s)/Category Description | Document Originator (if applicable) | Document Recipient(s) (if applicable) | Date Document Created and/or Shared (if applicable) | Commission Views as Subject to 10(b)? | Has Document Been Currently Disclosed? | Rational for non-disclosure (see 3d Kossack Decl. ¶ 12) |
|---|---|---|---|---|---|---|---|
| 270 | Email forwarding July 19 meeting materials | Gardner | NH SecState office | 7/17/2017, 7/18/2017 | No | No | (c) |
| 271 | Handwritten notes made on July 19 handout | Gardner | N/A | 19-Jul-17 | No | No | (k) |
| 272 | Typed draft remarks for July 19 meeting | Gardner | N/A | 19-Jul-17 | No | No | (l) |
| 273 | Copy of chart on voting turnout | Gardner | N/A | 19-Jul-17 | No | No | (l) |
| 274 | Email attaching filings in court case | Gardner (via staff) | Kossack | 7-Aug-17 | No | No | (h) |
| 275 | Email attaching statistics, editorial | Gardner (via staff) | Kossack | 9-Aug-17 | No | No | (h) |
| 276 | Email attaching copy of press release | Gardner (via staff) | Kossack | 10-Aug-17 | No | No | (h) |
| 277 | News article printed for personal research | Gardner | N/A | 10-Aug-17 | No | No | (m) |
| 278 | Email requesting point of contact for data collection and information on study Gardner mentioned | Williams | Gardner | 14-Aug-17 | No | No | (f), (u) |
| 279 | Email attaching news article | Gardner (via staff) | Kossack | 14-Aug-17 | No | No | (h) |
| 280 | Email about potential participation in meeting | Potential panelist | Gardner | 14-Aug-17 | No | No | (r) |
| 281 | Article printed for personal research | Gardner | N/A | 14-Aug-17 | No | No | (m) |
| 282 | News article printed for personal research | Gardner | N/A | 14-Aug-17 | No | No | (m) |
| 283 | Article printed for personal research | Gardner | N/A | 14-Aug-17 | No | No | (m) |
| 284 | Email about uploading data; requesting contact information for potential panelists | Williams | NH SecState, Gardner | 8/14/2017, 8/17/2017 | No | No | (c) |
| 285 | Email attaching: news article, panelist bios | Gardner (via staff) | Kossack | 15-Aug-17 | No | No | (h) |
| 286 | Email attaching book excerpt | Gardner (via staff) | Kossack | 15-Aug-17 | No | No | (h) |
| 287 | Email re draft release announcing September meeting | Kossack | Gardner | 17-Aug-17 | No | No | (p) |
| 288 | Email forwarding press release about Sept. 12 meeting | Gardner | St. Anselm | 18-Aug-17 | No | No | (c) |
| 289 | Email forwarding press release about Sept. 12 meeting | Gardner | NH Deputy Secretary of State | 21-Aug-17 | No | No | (c) |
| 290 | Email about uploading data | Williams | NH Ssecretary of State's office, Gardner | 21-Aug-17 | No | No | (n) |
| 291 | Email attaching link to news article | Gardner (via staff) | Kossack | 21-Aug-17 | No | No | (h) |
| 292 | Email from Gardner to Kossack (via admin), attaching link to news article | Gardner (via staff) | Kossack | 21-Aug-17 | No | No | (h) |
| 293 | Email re: Contact information for potential September 12 meeting panelists | Williams | Gardner | 22-Aug-17 | No | No | (c) |
| 294 | Email forwarding press release | Gardner | NH SecState Office | 23-Aug-17 | No | No | (h) |
| 295 | Email chain about press release for September 12 meeting | Kossack | Gardner, Kobach | 24-Aug-17 | No | No | (p) |
| 296 | Email from about uploading data | Williams | NH SecState, Gardner | 24-Aug-17 | No | No | (n) |

Lawyers' Committee for Civil Rights Under Law v. Presidential Advisory Commission on Election Integrity, et al., No. 1:17-cv-1354 (CKK)

| 1 | Document(s)/Category Description | Document Originator (if applicable) | Document Recipient(s) (if applicable) | Date Document Created and/or Shared (if applicable) | Commission Views as Subject to 10(b)? | Has Document Been Currently Disclosed? | Rational for non-disclosure (see 3d Kossack Decl. ¶ 12) |
|---|---|---|---|---|---|---|---|
| 297 | Email re invitation to PACEI Sept. 12 meeting | Gardner | Staffer in Schumer office | 28-Aug-17 | No | No | (m) |
| 298 | Invitations to Congressional delegation | Gardner | Sens. Haasan, Shaheen, Schumer, Reps. Kuster, Shea-Porter | 29-Aug-17 | No | No | (m) |
| 299 | Email forwarding email from King stating that he will be unable to attend Sept. 12 meeting | Kossack | Gardner | 30-Aug-17 | No | No | (c) |
| 300 | Email chain about draft agenda for September 12 meeting (inc. attachment) | Kossack | Gardner | 31-Aug-17 | No | No | (p) |
| 301 | Email from constituent requesting to attend Sept. 12 meeting | Constituent | Gardner | 1-Sep-17 | No | No | (c), (o) |
| 302 | Email from constituent about Commission | Constituent | Gardner | 1-Sep-17 | No | No | (o) |
| 303 | Email about public comment at September 12 meeting | Constituent | Gardner, Williams | 2-Sep-17 | No | No | (o) |
| 304 | Email chain about draft agenda for September 12 meeting | Kossack | Gardner | 5-Sep-17 | No | No | (p) |
| 305 | Email re: agenda for September 12 meeting | Gardner | Reporter | 6-Sep-17 | No | No | (j) |
| 306 | Email chain re: time to speak | Kossack | Gardner | 6-Sep-17 | No | No | (c) |
| 307 | Email forwarding ethics reminder | Gardner | NH Deputy Secretary of State | 6-Sep-17 | No | No | (c) |
| 308 | Marked up copy of panelist list for Sept. 12 meeting | Commission Staff | Gardner | 12-Sep-17 | No | No | (k) |
| 309 | Statement by Sen. Shaheen re: Sept 12 meeting | Sen. Shaheen | Gardner | 12-Sep-17 | Yes | Yes | NA |
| 310 | Handwritten notes re: remarks for Sept 12 meeting | Gardner | N/A | 12-Sep-17 | No | No | (k) |
| 311 | Statements for Sept 12 meeting | Gardner | N/A | 12-Sep-17 | No | No | (l) |
| 312 | Email chain after Sept. 12 meeting | Panelist | Gardner | 14-Sep-17 | No | No | (r) |
| 313 | Article printed for personal research | Gardner | N/A | undated | No | No | (m) |
| 314 | Attendee lists for September 12 meeting (with handwritten notes) | Commission Staff | Gardner | undated | No | No | (k) |
| 315 | NH State FOIA requests | | | | No | No | (n) |
| 316 | Postcards, letters, and other correspondence from members of the public regarding Commission | | | | No | No | (o) |
| 317 | Miscellaneous mails related to travel booking | | | | No | No | (c) |
| 318 | Miscellaneous emails related to the submission of financial disclosure and government ethics forms; copies of government ethics forms | | | | No | No | (c) |
| 319 | *Materials of Commission Member Alan King* | | | | | | |
| 320 | Email chain where King accepts offer to join Commission | King | Kossack | 30-Jun-17 | No | No | (c) |

| 1 | Document(s)/Category Description | Document Originator (if applicable) | Document Recipient(s) (if applicable) | Date Document Created and/or Shared (if applicable) | Commission Views as Subject to 10(b)? | Has Document Been Currently Disclosed? | Rational for non-disclosure (see 3d Kossack Decl. ¶ 12) |
|---|---|---|---|---|---|---|---|
| 321 | Email forwarding news article | Third party | King | 30-Jun-17 | No | No | (o) |
| 322 | Email forwarding news article | Third party | King | 30-Jun-17 | No | No | (o) |
| 323 | Email re: collecting research materials about Commission subject-matter | King | King's staff member | 2-Jul-17 | No | No | (m) |
| 324 | Email asking staff member to conduct research | King | King's staff member | 3-Jul-17 | No | No | (m) |
| 325 | Email exchange about King's schedule | King | Kossack | 20-Jul-17 | No | No | (c) |
| 326 | Email forwarding fundraising campaign | Third party | King | 21-Jul-17 | No | No | (o) |
| 327 | Email forwarding news article | Third party | King | 5-Aug-17 | No | No | (o) |
| 328 | Email exchange about King's role on Commission | Third party | King | 5-Aug-17 | No | No | (o) |
| 329 | Email with third party forwarding news article (and marked-up copy of article) | Third party | King | 14-Aug-17 | No | No | (o) |
| 330 | Copy of news article (marked-up copy) | Printed by King | | 14-Aug-17 | No | No | (m) |
| 331 | Copy of article (marked-up copy) | Printed by King | | 14-Aug-17 | No | No | (m) |
| 332 | Copy of news article (marked-up copy) | Printed by King | | 14-Aug-17 | No | No | (m) |
| 333 | Email exchange about unavailability for September 12 meeting and future availability schedule | King | Kossack | 15-Aug-17 | No | No | (c) |
| 334 | Email about participation in Commission | King | Third party | 25-Aug-17 | No | No | (o) |
| 335 | Email about Interstate Crosscheck program | Third party | King | 1-Sep-17 | No | No | (o) |
| 336 | Copy of news article | Printed by King | | 1-Sep-17 | No | No | (m) |
| 337 | Email forwarding copy of news article | Third party | King | 5-Sep-17 | No | No | (o) |
| 338 | Email forwarding news articles | Third party | King | 8-Sep-17 | No | No | (o) |
| 339 | Email re how to respond to press inquiries | King | Kossack | 8-Sep-17 | No | No | (c) |
| 340 | Email forwarding news article | Third party | King | 12-Sep-17 | No | No | (o) |
| 341 | Email forwarding news stories | Third party | King | 9/12/2017, 9/13/2017 | No | No | (o) |
| 342 | Email forwarding magazine article | Third party | King | 13-Sep-17 | No | No | (o) |
| 343 | Email exchange re: sending materials for litigation index | Kossack | DOJ, King | 15-Sep-17 | No | No | (v) |
| 344 | Third party forwarding mass email by advocacy organization | Third party | King | 15-Sep-17 | No | No | (o) |
| 345 | Email exchange re: reporter inquiry | King | Reporter (forwarded by personal friend of King) | 17-Sep-17 | No | No | (j) |
| 346 | Email forwarding mass emails | Third party | King | 17-Sep-17 | No | No | (o) |
| 347 | Copy of online article about elections | Printed by King | | | No | No | (m) |
| 348 | Copy of National Confernece of State Legislatures report | Printed by King | | | No | No | (m) |
| 349 | Miscellaneous mails related to travel booking | | | | No | No | (c) |

9/29/2017

Case 1:18-cv-00357-EGS   Document 23-2   Filed 09/29/18   Page 43 of 62

Lawyers' Committee for Civil Rights Under Law v. Presidential Advisory Commission on Election Integrity, et al., No. 1:17-cv-1354 (CKK)

| | Document(s)/Category Description | Document Originator (if applicable) | Document Recipient(s) (if applicable) | Date Document Created and/or Shared (if applicable) | Commission Views as Subject to 10(b)? | Has Document Been Currently Disclosed? | Rational for non-disclosure (see 3d Kossack Decl. ¶ 12) |
|---|---|---|---|---|---|---|---|
| 350 | Miscellaneous emails related to the submission of financial disclosure and government ethics forms; copies of government ethics forms | | | | No | No | (c) |
| 351 | *Materials of Commission Vice Chair Kris Kobach* | | | | | | |
| 352 | Email forwarding news article on launch of Commission | OVP Counsel | Kobach | 5/11/2017 | No | No | (f) |
| 353 | Email forwarding copy of Executive Order | OVP Counsel | Kobach | 5/11/2017 | No | No | (f) |
| 354 | Email forwarding research on voter fraud | Third party | Kobach | 12-May-17 | No | No | (m) |
| 355 | Email chain re: press interviews | Kobach | OVP Counsel, OVP staff | 12-May-17 | No | No | (j) |
| 356 | Email forwarding article that had been forwarded by Adams | OVP Counsel | Kobach | 13-May-17 | No | No | (h) |
| 357 | Email exchange re: potential Commission member | von Spakovsky | Kobach, Adams, OVP Counsel, OVP staff | 15-May-17 | No | No | (g) |
| 358 | Email exchange re: time to talk | OVP Counsel | Kobach | 5/15/2017, 5/16/2017 | No | No | (c) |
| 359 | Email forwarding email exchange with reporter | von Spakovsky | Kobach | 16-May-17 | No | No | (j) |
| 360 | Email chain about introductory phone call | Kossack | Kobach, von Spakovsky, Adams, OVP Counsel, OVP staff | 13-Jun-17 | No | No | (c) |
| 361 | Email from about potential Commission member (and chain discussing that member and other potential individuals) | OVP Counsel | Kossack, Adams, von Spakovksy, and Kossack | 6/14/2017, 6/15/2017 | No | No | (g) |
| 362 | Email re potential commission members | Kossack | Kobach | 16-Jun-17 | No | No | (g) |
| 363 | Email forwarding link to news article | Adams | Kobach | 16-Jun-17 | No | No | (h) |
| 364 | Emails about potential candidates for Commission | Kobach | Kossack | 6/17/17, 6/19/17 | No | No | (g) |
| 365 | Email about setting up call with DHS | Kossack | DHS official (Kobach copied) | 6/19/2017 - 6/20/2017 | No | No | (q) |
| 366 | Email re potential commission members (with biographical attachments) | Kossack | Kobach | 20-Jun-17 | No | No | (g) |
| 367 | Email chain regarding letters to state officials re data collection (present and future) [including draft letter attachments] | Kossack | Kobach, von Spakovsky, Adams, OVP staff | 6/21/2017, 6/22/2017, 6/23/2017, 6/27/2017 | No | No | (p) |
| 368 | Email chain re: reporter inquiry on Commission | Reporter | Kobach | 21-Jun-17 | No | No | (j) |
| 369 | Email re: potential Commission Member | Kossack | Kobach | 22-Jun-17 | No | No | (g) |

| 1 | Document(s)/Category Description | Document Originator (if applicable) | Document Recipient(s) (if applicable) | Date Document Created and/or Shared (if applicable) | Commission Views as Subject to 10(b)? | Has Document Been Currently Disclosed? | Rational for non-disclosure (see 3d Kossack Decl. ¶ 12) |
|---|---|---|---|---|---|---|---|
| 370 | Email re: mechanics of state data collection | Kossack | Kobach | 23-Jun-17 | No | No | (c) |
| 371 | Email re: potential Commission member | Kossack | Kobach | 26-Jun-17 | No | No | (g) |
| 372 | Press inquiry | OVP Press Secretary | Kobach | 26-Jun-17 | No | No | (j) |
| 373 | Email exchange re:  information requests | Kossack | Kobach, von Spakovsky, Adams, OVP Counsel | 26-Jun-17 | No | No | (c) |
| 374 | Email re: potential Commission Member | Kossack | Kobach | 26-Jun-17 | No | No | (g) |
| 375 | Email re: news article; study author | Kobach | Kossack, OVP Counsel | 27-Jun-17 | No | No | (f) |
| 376 | Email chain  re: draft agenda for June 28 organizational call (with attachment) | Kossack | Kobach | 27-Jun-17 | No | No | (p) |
| 377 | Email re: talking points for June 28 organizational call | Kossack | Kobach | 27-Jun-17 | No | No | (l) |
| 378 | Email chain requesting finalization of letters to public officials re: voter collection | Kossack | Kobach | 27-Jun-17 | No | No | (p) |
| 379 | Email chain re: potential members of the Commission | Adams | Kobach, von Spakovsky, OVP Counsel | 28-Jun-17 | No | No | (g) |
| 380 | Email chain re: content of public official letters | Kossack | Kobach | 28-Jun-17 | No | No | (p) |
| 381 | Email re: phone number | Kossack | Kobach | 28-Jun-17 | No | No | (c) |
| 382 | Email chain re: updated letter to state election officials (including attachments) | Kossack | Kobach | 28-Jun-17 | No | No | (p) |
| 383 | Email chain about potential partnership opportunities with DHS | Kossack | Kobach, OVP Staff | 28-Jun-17 | No | No | (f) |
| 384 | Follow-up email with DHS official | Kossack | DHS official (Kobach copied) | 28-Jun-17 | No | No | (q) |
| 385 | Email chain forwarding examples of letters requesting voter information | Kossack | Kobach, OVP Counsel | 28-Jun-17 | No | No | (p) |
| 386 | Email asking for call | OVP Counsel | Kobach | 28-Jun-17 | No | No | (c) |
| 387 | Email forwarding WH press release | OVP Counsel | Kobach, von Spakovsky | 29-Jun-17 | No | No | (c) |
| 388 | Email re: potential Commission staff | Kobach | Kossack, OVP Counsel | 29-Jun-17 | No | No | (i) |
| 389 | Email re: potential Commission staff | Kobach | Kossack, OVP Counsel | 29-Jun-17 | No | No | (i) |
| 390 | Email re: potential witness for future committee meeting | Kobach | Kossack, OVP Counsel | 29-Jun-17 | No | No | (f) |

| 1 | Document(s)/Category Description | Document Originator (if applicable) | Document Recipient(s) (if applicable) | Date Document Created and/or Shared (if applicable) | Commission Views as Subject to 10(b)? | Has Document Been Currently Disclosed? | Rational for non-disclosure (see 3d Kossack Decl. ¶ 12) |
|---|---|---|---|---|---|---|---|
| 391 | Email re: discussing public responses to information requests | Kobach | Kossack, OVP Counsel | 29-Jun-17 | No | No | (i) |
| 392 | Email chain about draft statement from Kobach re: appointment of von Spakovsky | Kobach | Kossack, OVP Counsel | 29-Jun-17 | No | No | (c) |
| 393 | Email re: potential witness at future Commission meeting | Kobach | Kossack, OVP Counsel | 29-Jun-17 | No | No | (f) |
| 394 | Email re: news article about and responses to June 28 letter | Kobach | Kossack, OVP Counsel | 29-Jun-17 | No | No | (h) |
| 395 | Email forwarding WH press release | White House Press Office | Kobach | 29-Jun-17 | No | No | (c) |
| 396 | Email attaching talking points to print (one attachment) | Kobach | Kobach | 30-Jun-17 | No | No | (l) |
| 397 | Email chain forwarding Pew Study on Voter Registration | Kobach | OVP Counsel, Kossack | 30-Jun-17 | No | No | (h) |
| 398 | Email about von Spakovsky press availability | OVP Counsel | Kossack, Kobach, OVP Press | 30-Jun-17 | No | No | (j) |
| 399 | Email chain re: discussing potential responses to questions raised by June 28 letter | Kossack | Kobach, OVP Counsel | 30-Jun-17 | No | No | (j) |
| 400 | Email chain discussing press interview | Kobach | Kossack, OVP Counsel | 30-Jun-17 | No | No | (j) |
| 401 | Email re: talking points for media interviews | OVP Staff | Kobach | 30-Jun-17 | No | No | (c) |
| 402 | Email forwarding Letter to Vice President from Members of Congress | OVP Counsel | Kobach | 30-Jun-17 | No | No | (c) |
| 403 | Email re: media interviews | Kobach | OVP Counsel, OVP staff | 30-Jun-17 | No | No | (j) |
| 404 | Email forwarding Tweet | OVP Staff | Kobach (copying OVP Counsel) | 30-Jun-17 | No | No | (c) |
| 405 | Email forwarding talking points to print (two attachments) | Kobach | Kobach | 30-Jun-17 | No | No | (c) |
| 406 | Email forwarding link to news article | Kobach | Kossack, OVP Counsel, Commission staff | 30-Jun-17 | No | No | (h) |
| 407 | Email asking for call | OVP Counsel | Kobach | 1-Jul-17 | No | No | (c) |
| 408 | Email forwarding Luis Borunda's resignation email | OVP Counsel | Kobach | 3-Jul-17 | No | No | (c) |
| 409 | Email fowarding tweet | OVP Counsel | Kobach | 3-Jul-17 | No | No | (c) |
| 410 | Email chain re: article written by Kobach (incl. draft of article); follow-up email | Kobach | OVP Counsel, Kossack | 7/3/2017, 7/4/2017 | No | No | (j) |

Lawyers' Committee for Civil Rights Under Law v. Presidential Advisory Commission on Election Integrity, et al., No. 1:17-cv-1354 (CKK)

| | Document(s)/Category Description | Document Originator (if applicable) | Document Recipient(s) (if applicable) | Date Document Created and/or Shared (if applicable) | Commission Views as Subject to 10(b)? | Has Document Been Currently Disclosed? | Rational for non-disclosure (see 3d Kossack Decl. ¶ 12) |
|---|---|---|---|---|---|---|---|
| 411 | Email chain sharing link to newspaper article discusssing data collection | Kobach | Kossack, OVP Counsel, OVP Press | 4-Jul-17 | No | No | (j) |
| 412 | Email regarding logistics for a call | OVP Counsel | Kobach | 4-Jul-17 | No | No | (c) |
| 413 | Email chain re: discussing follow-up letter to information requests | Kobach | OVP Counsel, Kossack | 5-Jul-17 | No | No | (p) |
| 414 | Email chain re: responding to press inquiry | Kobach | Kossack, OVP Counsel, OVP Press | 5-Jul-17 | No | No | (j) |
| 415 | Email requesting confirmation of access to email | OVP Counsel | Kobach | 5-Jul-17 | No | No | (c) |
| 416 | Email re: draft media statement | OVP Staff | Kobach (copying OVP Counsel) | 5-Jul-17 | No | No | (j) |
| 417 | Email confirming wifi/email access | OVP | Kobach | 5-Jul-17 | No | No | (c) |
| 418 | Email exchange re: information about data availability | von Spakovsky | Kobach, Kossack, Adams | 6-Jul-17 | No | No | (f) |
| 419 | Email forwarding draft data collection follow-up letter for review | OVP Counsel | Kobach | 6-Jul-17 | No | No | (p) |
| 420 | Email forwarding draft follow up letter with comments | OVP Counsel | Kobach | 6-Jul-17 | No | No | (p) |
| 421 | Email about the availability of data from a third party | von Spakovsky | Kossack (copying Kobach) | 6-Jul-17 | No | No | (f) |
| 422 | Email re: follow-up letter to states (plus attachment) | Kossack, OVP counsel | Kobach | 7/6/2017, 7/7/2017 | No | No | (p) |
| 423 | Email chain re: follow-up letter to states | Kobach | Kossack, OVP Counsel | 7-Jul-17 | No | No | (p) |
| 424 | Email exchange with person who offered to assist the Commission | Member of the Public | Kobach | 7-Jul-17 | No | No | (w) |
| 425 | Email chain re: draft statements regarding potential outcome of July 7 court hearing | OVP Counsel | Kobach (copying OVP staff) | 7-Jul-17 | No | No | (j) |
| 426 | Email re: how to reach Kobach via telephone | Kobach | OVP Counsel, OVP staff | 7-Jul-17 | No | No | (c) |
| 427 | Email re: availability for call | OVP Counsel | Kobach | 9-Jul-17 | No | No | (c) |
| 428 | Email re: draft agenda for July 19 meeting | Kossack | Kobach | 11-Jul-17 | No | No | (p) |
| 429 | Email re: litigation summary | Kossack | Kobach | 11-Jul-17 | No | No | (v) |
| 430 | Email forwarding information about Colorado's Motor Voter law | Third party | Kobach | 12-Jul-17 | No | No | (m) |
| 431 | Email forwarding blank EFT form | Kossack | Kobach | 13-Jul-17 | No | No | (c) |
| 432 | Email re: edits to draft PACEI by-laws | Kobach | Kossack | 17-Jul-17 | No | No | (p) |

9/29/2017

Lawyers' Committee for Civil Rights Under Law v. Presidential Advisory Commission on Election Integrity, et al., No. 1:17-cv-1354 (CKK)

| 1 | Document(s)/Category Description | Document Originator (if applicable) | Document Recipient(s) (if applicable) | Date Document Created and/or Shared (if applicable) | Commission Views as Subject to 10(b)? | Has Document Been Currently Disclosed? | Rational for non-disclosure (see 3d Kossack Decl. ¶ 12) |
|---|---|---|---|---|---|---|---|
| 433 | Email chain re: draft by-laws (including attachments) | Kossack | Kobach | 7/17/2017 - 7/18/2017 | No | No | (p) |
| 434 | Email re: draft of possible topics for Commission to address (plus attachment) | Kossack | Kobach | 18-Jul-17 | No | No | (p) |
| 435 | Email chain re: draft article written by Kobach | Kobach | OVP Counsel, OVP Press | 18-Jul-17 | No | No | (j) |
| 436 | Email forwarding link to news article | Reporter | Kobach, von Spakovsky | 18-Jul-17 | No | No | (j) |
| 437 | Email chain re: current status of state responses to data request | Kobach | Kossack, OVP Counsel, OVP Press | 18-Jul-17 | No | No | (f) |
| 438 | Email re: update on number of states providing data | Kobach | Kossack, OVP Counsel, OVP Comms | 7/18/17 - 7/19/17 | No | No | (c) |
| 439 | Email chain re: Kobach opening statement for July 2017 meeting | Kobach | OVP staff | 7/18/17 - 7/19/17 | No | No | (l) |
| 440 | Email re: Letter drafted by members of PA House of Representatives | Kobach | OVP Counsel, Press, Kossack | 19-Jul-17 | No | No | (o) |
| 441 | White House Press Release of Remarks by President and Vice President at July 19 meeting | White House Press Office | Kobach | 19-Jul-17 | No | No | (c) |
| 442 | Email commenting on media interview | OVP Counsel | Kobach | 19-Jul-17 | No | No | (c) |
| 443 | Email exchange about request for voter information and letter member sent to Governor regarding request | Member, Pennsylvania House of Representatives | Kobach | 19-Jul-17 | No | No | (w) |
| 444 | Email inquiring if Kobach is available for a possible call | Kossack | Kobach | 20-Jul-17 | No | No | (c) |
| 445 | Email chain re: availability for call with DHS | Kossack | Kobach | 7/20/17 - 7/24/2017 | No | No | (q) |
| 446 | Email chain about press statement | OVP Counsel | Kobach, Kossack | 24-Jul-17 | No | No | (j) |
| 447 | Email re: draft follow up letter to states re: data collection (with attachment) | Kossack | Kobach | 24-Jul-17 | No | No | (p) |
| 448 | Email re: updated draft follow up letter to states re: data collection (with attachment) | Kossack | Kobach | 24-Jul-17 | No | No | (p) |
| 449 | Email exchange with reporter | Reporter | Kobach | 7/24/17 - 7/25/17 | No | No | (j) |
| 450 | Email re: communication with Plaintiff's counsel in PACEI-related litigation | Kobach | Kossack | 25-Jul-17 | No | No | (v) |
| 451 | Email re: updated follow-up letter to states re: data collection and litigation update | Kossack | Kobach | 25-Jul-17 | No | No | (p) |

Lawyers' Committee for Civil Rights Under Law v. Presidential Advisory Commission on Election Integrity, et al., No. 1:17-cv-1354 (CKK)

| | Document(s)/Category Description | Document Originator (if applicable) | Document Recipient(s) (if applicable) | Date Document Created and/or Shared (if applicable) | Commission Views as Subject to 10(b)? | Has Document Been Currently Disclosed? | Rational for non-disclosure (see 3d Kossack Decl. ¶ 12) |
|---|---|---|---|---|---|---|---|
| 452 | Email chain regarding July 26th data collection follow-up letter (and draft attachments) | Kossack | Kobach, OVP Counsel, OVP staff | 26-Jul-17 | No | No | (p) |
| 453 | Email re: contact information | Kossack | Kobach | 26-Jul-17 | No | No | (c) |
| 454 | Email requesting telephone number for a scheduled telephone call | Kossack | Kobach | 26-Jul-17 | No | No | (c) |
| 455 | Email from Kobach's Secretary of State account to Kobach sending back attached letter from Kobach to states | Kobach | Kossack | 27-Jul-17 | No | No | (n) |
| 456 | Email chain re: September meeting date/location and Kansas matching program | Kobach | Kossack | 27-Jul-17 | No | No | (f) |
| 457 | Email re: photographs from July 19 meeting | Kossack | Kobach | 27-Jul-17 | No | No | personal |
| 458 | Email forwarding July 26, 2017, letter | Kossack | Kobach | 27-Jul-17 | No | No | (c) |
| 459 | Email chain re: possible themes/topics for future meetings (and attachment) | Kossack | Kobach | 7/27/2017 - 7/28/2017 | No | No | (p) |
| 460 | Email forwarding article | von Spakovsky | Kobach | 28-Jul-17 | No | No | (h) |
| 461 | Email re: speaker request for Kobach | Kossack | Kobach | 1-Aug-17 | No | No | (j) |
| 462 | Email re: letter from Dunlap about data collection | Kossack | Kobach | 1-Aug-17 | Yes | Yes | N/A (posted as Maine's response letter, see above) |
| 463 | Email re: press article on litigation | Kossack | Kobach | 1-Aug-17 | No | No | (h) |
| 464 | Email re: data collection process | Kobach | OVP Staff | 2-Aug-17 | No | No | (f) |
| 465 | Email re: plan for September meeting (and attachment) | Kossack | Kobach | 3-Aug-17 | No | No | (f) |
| 466 | Email about time to speak | OVP Counsel | Kobach, Williams | 14-Aug-17 | No | No | (c) |
| 467 | Email re: plan for September meeting (plus attachments related to potential speakers) | Kossack | Kobach | 15-Aug-17 | No | No | (f) |
| 468 | Email regarding availability for a telephone call | OVP Counsel | Kobach | 16-Aug-17 | No | No | (c) |
| 469 | Email re: draft announcement of September meeting | Kossack | Kobach | 17-Aug-17 | No | No | (p) |
| 470 | Email chain re: getting additional staff support for Commission | Kobach | OVP staff | 20-Aug-17 | No | No | (i) |
| 471 | Email chain re: getting additional staff support for Commission | Kobach | OVP Counsel, Kossack | 22-Aug-17 | No | No | (i) |
| 472 | Email chain re: phone call with Kobach, OVP, and DHS staff | Kossack | OVP/DHS staff and Kobach | 22-Aug-17 | No | No | (q) |
| 473 | Email chain re: data collection sources | Kobach | Kossack, OVP and EOP staff | 22-Aug-17 | No | No | (i) |
| 474 | Email re: press release about September meeting announcement | Kossack | Kobach & Gardner | 24-Aug-17 | No | No | (p) |

Lawyers' Committee for Civil Rights Under Law v. Presidential Advisory Commission on Election Integrity, et al., No. 1:17-cv-1354 (CKK)

| 1 | Document(s)/Category Description | Document Originator (if applicable) | Document Recipient(s) (if applicable) | Date Document Created and/or Shared (if applicable) | Commission Views as Subject to 10(b)? | Has Document Been Currently Disclosed? | Rational for non-disclosure (see 3d Kossack Decl. ¶ 12) |
|---|---|---|---|---|---|---|---|
| 475 | Email re: phone number for DHS call | Kossack | Kobach | 24-Aug-17 | No | No | (q) |
| 476 | Email chain forwarding a press release announcing Secretary of State Gardner will host September 12 meeting | Kossack | Kobach, OVP Counsel, Commission staff | 24-Aug-17 | No | No | (c) |
| 477 | Email forwarding draft letter re: meeting material deadline | Kossack | Kobach | 29-Aug-17 | No | No | (p) |
| 478 | Emails re: draft letter instructing Commissioners about meeting materials (and drafts) | Kossack | Kobach | 8/29/2017 - 8/30/2017 | No | No | (p) |
| 479 | Email forwarding draft statement for review | Kossack | Kobach | 30-Aug-17 | No | No | (p) |
| 480 | Email re: draft statement | OVP Counsel | Kobach | 30-Aug-17 | No | No | (p) |
| 481 | Email from OVP counsel forwarding proposed press statement re: August 30, 2017, Court order | OVP Counsel | Kobach | 30-Aug-17 | No | No | (j) |
| 482 | Email exchange regarding news article | Third party | Kobach | 30-Aug-17 | No | No | (m) |
| 483 | Email re: draft agenda for September meeting (and attachment) | Kossack | Kobach | 31-Aug-17 | No | No | (p) |
| 484 | Email chain re NH voting study | Kossack | Kobach | 9/6/2017 - 9/7/2016 | No | No | (f) |
| 485 | Email re: media availability | Kobach | OVP staff | 7-Sep-17 | No | No | (j) |
| 486 | Email attaching materials for the September 12 meeting | Adams | Kobach, Kossack, Commission Staff, OVP Counsel | 7-Sep-17 | No | No | (r) |
| 487 | Email forwarding August 16, 2017 letter from N.H. Speaker of the House to Secretary Gardner, and Secretary Gardner's September 6, 2017, response | Kossack | Kobach, OVP Counsel | 7-Sep-17 | No | No | (c) |
| 488 | Email forwarding news article | OVP Counsel | Kobach | 7-Sep-17 | No | No | (c) |
| 489 | Email forwarding 2016 NH election results | OVP Counsel | Kobach, copying Kossack | 7-Sep-17 | No | No | (c) |
| 490 | Email forwarding article | Kossack | Kobach (copying OVP Counsel) | 7-Sep-17 | No | No | (c) |
| 491 | Email re: press (and associated call scheduling emails) | Kossack | Kobach | 9/7/2017 - 9/8/2017 | No | No | (j) |
| 492 | Email chain re: scheduling a telephone call | Kossack | Kobach, copying OVP Counsel | 8-Sep-17 | No | No | (c) |
| 493 | Email chain re: response to media inquiry | OVP Staff | Kobach; Kobach staff | 9/10/17 - 9/11/17 | No | No | (j) |

9/29/2017

Case 1:18-cv-00367-EGS Document 23-2 Filed 02/29/18 Page 49 of 62
Case 1:17-cv-00364-EGS Document 23-2 Filed 02/29/18 Page 49 of 62
Lawyers' Committee for Civil Rights Under Law v. Presidential Advisory Commission on Election Integrity, et al., No. 1:17-cv-1354 (CKK)

| 1 | Document(s)/Category Description | Document Originator (if applicable) | Document Recipient(s) (if applicable) | Date Document Created and/or Shared (if applicable) | Commission Views as Subject to 10(b)? | Has Document Been Currently Disclosed? | Rational for non-disclosure (see 3d Kossack Decl. ¶ 12) |
|---|---|---|---|---|---|---|---|
| 494 | Email forwarding summary of presentations and member submissions for September 12 meeting | Kossack | Kobach (copying OVP Counsel) | 11-Sep-17 | No | No | (c) |
| 495 | Email forwarding link to news article | Reporter | Kobach, von Spakovsky, Adams, | 14-Sep-17 | No | No | (j) |
| 496 | Email forwarding information about alleged voter fraud in New Hampshire | Member of the Public | Kobach, Blackwell, Adams, von Spakovsky | 14-Sep-17 | No | No | (m) |
| 497 | Email chain re: media inquiry | Reporter | Kobach, OVP Counsel | 9/14/17 - 9/15/17 | No | No | (j) |
| 498 | Media inquiry | Reporter | Kobach | 15-Sep-17 | No | No | (j) |
| 499 | Press inquiry | Reporter | Kobach, forwarded to OVP | 15-Sep-17 | No | No | (j) |
| 500 | Press inquiry | Reporter | Kobach | 15-Sep-17 | No | No | (j) |
| 501 | Email re: press inquiry [and chain] | Kobach | Kossack, OVP Counsel | 18-Sep-17 | No | No | (j) |
| 502 | Media inquiry | Reporter | Kobach | 18-Sep-17 | No | No | (j) |
| 503 | Email re: submission of litigation document collection material | Kossack | Kobach | 21-Sep-17 | No | No | (c) |
| 504 | Litigation-related material based on Kobach's status as a defendant; covered by attorney work product doctrine and/or attorney-client privilege | | | | No | No | (e), (v) |
| 505 | Miscellaneous emails related to travel booking | | | | No | No | (c) |
| 506 | Miscellaneous emails related to the submission of financial disclosure and government ethics forms; copies of government ethics forms | | | | No | No | (c) |
| 507 | Handwritten notes made for or at Commission meetings | | | | No | No | (k) |
| 508 | Text messages re: administrative topics like scheduling | | | | No | No | (c) |
| 509 | *Materials of Commission Member Connie Lawson* | | | | | | |
| 510 | Letter making public records request | Advocacy group | Indiana SoS | 18-May-17 | No | No | (n) |
| 511 | Letter acknowledging state records request | Indiana SoS | Advocacy group | 19-May-17 | No | No | (n) |
| 512 | Letter acknowledging records request | Indiana SoS | Advocacy group | 22-May-17 | No | No | (n) |
| 513 | June 28 Kobach letter, sent to Lawson in capacity as SoS | Kobach | Lawson | 28-Jun-17 | No | No | (n) |
| 514 | Email to Senate intelligence committee following June 21, 2017 testimony before Senate Intelligence Committee | Deputy Indiana SoS | Kossack | 29-Jun-17 | No | No | (n) |

| | Document(s)/Category Description | Document Originator (if applicable) | Document Recipient(s) (if applicable) | Date Document Created and/or Shared (if applicable) | Commission Views as Subject to 10(b)? | Has Document Been Currently Disclosed? | Rational for non-disclosure (see 3d Kossack Decl. ¶ 12) |
|---|---|---|---|---|---|---|---|
| 515 | Legal memorandum re: propriety of data collection letter | Advocacy group | Sent to Lawson by email | 4-Jul-17 | No | No | (m) |
| 516 | Copy of letter from advocacy group to OMB | Advocacy group | Sent to Lawson by email | 5-Jul-17 | No | No | (m) |
| 517 | Copy of Kossack July 10 email requesting states hold off from sending data pending resolution of EPIC TRO | Kossack | Lawson (as SoS) | 10-Jul-17 | No | No | (n) |
| 518 | Opening statement by Lawson for July 19 meeting (marked up) | Lawson | N/A | 19-Jul-17 | No | No | (l) |
| 519 | Email correspondence re: responding to reporter question | Indiana SoS | Kossack | 2-Aug-17 | No | No | (j) |
| 520 | Email correspondence about Hatch Act | Indiana SoS | Lawson | 3-Aug-17 | No | No | (m) |
| 521 | Letter responding to June 28 Kobach letter (narrative responses) | Lawson | Kobach | 4-Aug-17 | No | No | (n) |
| 522 | Letter responding to June 28 Kobach letter (request for data, including IEC-3 form for requesting information) | Indiana SoS GC | Kobach | 4-Aug-17 | No | No | (n) |
| 523 | Email acknowledging public records request and sharing responses | Indiana SoS | Reporter | 23-Aug-17 | No | No | (n) |
| 524 | Lawson statement to Interim Committee on Elections | Lawson | Indiana Interim Committee on Elections | 30-Aug-17 | No | No | (n) |
| 525 | Letter making public records request | Advocacy group | Indiana SoS | 6-Sep-17 | No | No | (n) |
| 526 | Email acknowledging public records request | Indiana SoS | constituent | 7-Sep-17 | No | No | (n) |
| 527 | Email acknowledging public records request | Indiana SoS | Advocacy group | 7-Sep-17 | No | No | (n) |
| 528 | Public comments received through Indiana SoS website re: Commission | Members of the Public | Lawson | 6/28/17 - late July 2017 | No | No | (o) |
| 529 | Miscellaneous emails related to travel booking | | | | No | No | (c) |
| 530 | Miscellaneous emails related to the submission of financial disclosure and government ethics forms; copies of government ethics forms | | | | No | No | (c) |
| 531 | *Materials of Former Commission Member Luis Borunda* | | | | | | |
| 532 | Follow-up emails re: appointment | Borunda | OVP Staff | 5/30/2017; 6/12/2017 | No | No | (c) |
| 533 | Email re: time to speak | OVP Counsel | Borunda | 6/12/2017; 6/19/2017 | No | No | (c) |
| 534 | Email with background information about role of Secretary of state in elections | Borunda | OVP Counsel | 26-Jun-17 | No | No | (h) |
| 535 | Resignation email | Borunda | OVP Counsel | 3-Jul-17 | No | No | (c) |
| 536 | Email re: setting up time to talk after resignation | OVP Counsel | Borunda | 3-Jul-17 | No | No | (c) |
| 537 | Emails with personnel forms | Borunda | OVP Staff | Misc | No | No | (c) |

| | Document(s)/Category Description | Document Originator (if applicable) | Document Recipient(s) (if applicable) | Date Document Created and/or Shared (if applicable) | Commission Views as Subject to 10(b)? | Has Document Been Currently Disclosed? | Rational for non-disclosure (see 3d Kossack Decl. ¶ 12) |
|---|---|---|---|---|---|---|---|
| 538 | *Materials of Commission Member Christy McCormick* | | | | | | |
| 539 | Email forwarding White House Press Release Announcing Commission | OVP Counsel | McCormick | 11-May-17 | No | No | (c) |
| 540 | Email forwarding talking points | McCormick | unknown | 11-May-17 | No | No | (j) |
| 541 | Email exchange re: Chicago Board of Election | DOJ official | McCormick | 15-May-17 | No | No | (m) |
| 542 | Email providing name and contact information for possible Commission staff | McCormick | OVP Counsel | 23-Jun-17 | No | No | (i) |
| 543 | Email exchange discussing potential sources of information and topics the Commission should consider studying | McCormick | Kossack | 26-Jun-17 | No | No | (f) |
| 544 | Email exchange discussing voting issue with attachment | DOJ official | McCormick | 7/5/17 - 7/6/17 | No | No | (m) |
| 545 | NASS Resolution Reaffirming Commitment to Strengthening Elections | National Association of Secretaries of State | NASS Members | 10-Jul-17 | No | No | (m) |
| 546 | Email forwarding link to news article | McCormick | Kossack | 13-Jul-17 | No | No | (h) |
| 547 | handwritten notes taken on July 19 meeting handout | McCormick | McCormick | 19-Jul-17 | No | No | (k) |
| 548 | Handwritten notes prepared for introductory remarks at July 19 meeting | McCormick | McCormick | 19-Jul-17 | No | No | (l) |
| 549 | Email exchange about media appearance | Blackwell | McCormick and producer | 7/20/17 - 7/21/17 | No | No | (j) |
| 550 | Email exchange discussing possible staff support for Commission | McCormick | Kossack | 21-Jul-17 | No | No | (i) |
| 551 | Email attaching resolutions from NASS meeting | McCormick | Kossack | 24-Jul-17 | No | No | (h) |
| 552 | Email requesting Commission's general email address and discussing invitation to speak at a meeting. | McCormick | Kossack | 26-Jul-17 | No | No | (c) |
| 553 | Email suggesting locations for future Commission meetings. | McCormick | Kossack and OVP Counsel | 26-Jul-17 | No | No | (c) |
| 554 | Email forwarding names of a potential staff person for the Commission | McCormick | Kossack | 30-Jul-17 | No | No | (i) |
| 555 | Letter to Kobach from potential staff person | Potential staff | Kobach | 15-Aug-17 | No | No | (w) |
| 556 | Email attaching resume, letter, and sample analysis | Potential staff | McCormick | 15-Aug-17 | No | No | (w) |
| 557 | Sample analysis | Potential staff | McCormick | 15-Aug-17 | No | No | (w) |
| 558 | Potential staff resume | Potential staff | McCormick | 15-Aug-17 | No | No | (w) |
| 559 | Email attaching resume, letter, and sample analysis | Potential staff | McCormick | 16-Aug-17 | No | No | (w) |
| 560 | Email exchange regarding availability for call/meeting | Potential staff | McCormick | 16-Aug-17 | No | No | (w) |
| 561 | Email requesting call | McCormick | Kobach | 18-Aug-17 | No | No | (c) |
| 562 | Email forwarding potential staff person's resume, letter, and sample analysis | McCormick | Kobach | 19-Aug-17 | No | No | (i) |
| 563 | Prepared Remarks to Election Center discussing Commission | McCormick | Election Center | 21-Aug-17 | No | No | (j) |

| 1 | Document(s)/Category Description | Document Originator (if applicable) | Document Recipient(s) (if applicable) | Date Document Created and/or Shared (if applicable) | Commission Views as Subject to 10(b)? | Has Document Been Currently Disclosed? | Rational for non-disclosure (see 3d Kossack Decl. ¶ 12) |
|---|---|---|---|---|---|---|---|
| 564 | E-mail forwarding link to news article | DOJ official | McCormick | 5-Sep-17 | No | No | (m) |
| 565 | Email exchange discussing Chicago voting issue | Third party | McCormick, DOJ official | 9/6/27, 9/11/17 | No | No | (m) |
| 566 | Email exchange regarding certificate left at September 12 meeting | McCormick | Kossack | 12-Sep-17 | No | No | personal |
| 567 | Handwritten notes taken at September 12 meeting | McCormick | McCormick | 12-Sep-17 | No | No | (k) |
| 568 | Email exchange discussing completion of records search | Kossack | McCormick | 9/19/17 - 9/20/17 | No | No | (c) |
| 569 | NASS Resolution Calling for Federal Agency Assistance in Maintaining Accurate and Comprehensive State Voter Registration Lists | NASS | Secretaries of State; McCormick | Adopted Summer 2012; Reauthorized Summer 2017 | No | No | (m) |
| 570 | Correspondence sent to McCormick at EAC from members of the public | Members of the Public | McCormick | 5/2017 - 9/2017 | No | No | (n) |
| 571 | Handwritten notes on Election Administration & Voting Survey | McCormick | McCormick | undated | No | No | (m) |
| 572 | Prepared Remarks discussing Commission | McCormick | unknown | unknown | No | No | (j) |
| 573 | Mail from Various Senders | Members of the Public | McCormick | various dates | No | No | (o) |
| 574 | Miscellaneous emails related to travel booking | | | | No | No | (c) |
| 575 | Miscellaneous emails related to the submission of financial disclosure and government ethics forms; copies of government ethics forms | | | | No | No | (c) |
| 576 | *Materials of  Commission Member Hons von Spakovsky* | | | | | | |
| 577 | Email re: introductory call | von Spakovsky | Kossack | 13-Jun-17 | No | No | (c) |
| 578 | Email chain about potential Commission members | von Spakovsky | Kobach, von Spakovsky, Adams, OVP Counsel, Kossack | 6/14/17 - 6/15/17; 6/28/17 | No | No | (g) |
| 579 | Email exchange re: scheduling a meeting | Kossack | von Spakovsky | 28-Jun-17 | No | No | (c) |
| 580 | Email forwarding link to best practices booklet on accurate voter roles | von Spakovsky | Kossack | 29-Jun-17 | No | No | (h) |
| 581 | Email forwarding link to 2005 GAO report on voter registration lists | von Spakovsky | Kossack | 29-Jun-17 | No | No | (h) |
| 582 | Email forwarding news article | von Spakovsky | Kossack | 29-Jun-17 | No | No | (h) |
| 583 | Email exchange re: press availability | von Spakovsky | Kossach | 6/30/17, 7/6/17 | No | No | (j) |

| 1 | Document(s)/Category Description | Document Originator (if applicable) | Document Recipient(s) (if applicable) | Date Document Created and/or Shared (if applicable) | Commission Views as Subject to 10(b)? | Has Document Been Currently Disclosed? | Rational for non-disclosure (see 3d Kossack Decl. ¶ 12) |
|---|---|---|---|---|---|---|---|
| 584 | Email exchange discussing media interviews and forwarding June 28 letter to the Iowa Secretary of State | von Spakovsky | Kossack | 30-Jun-17 | No | No | (j) |
| 585 | Email containing statutory citations | von Spakovsky | Kossack | 30-Jun-17 | No | No | (h) |
| 586 | Email forwarding email from third party offering to work with the Commission | von Spakovsky | Kossack | 5-Jul-17 | No | No | (i) |
| 587 | Email forwarding link to article and discussing upcoming interview | von Spakovsky | Kossack, Adams | 6-Jul-17 | No | No | (j) |
| 588 | Email exchange regarding call received about data availability | von Spakovsky | Kossack, Kobach | 6-Jul-17 | No | No | (i) |
| 589 | Email forwarding July 8, 2017 email about data availability | von Spakovsky | Commission Staff | 10-Jul-17 | No | No | (i) |
| 590 | Email regarding von Spakovsky interview | von Spakovsky | Kossack | 10-Jul-17 | No | No | (j) |
| 591 | Email exchange confirming von Spakovsky's title and discussing recent interviews | Kossack | von Spakovsky | 11-Jul-17 | No | No | (c) |
| 592 | Email exchange regarding request for guests to attend July 19 meeting | von Spakovsky | Kossack | 17-Jul-17 | No | No | (c) |
| 593 | Typed remarks with handwritten notations for July 19 meeting | von Spakovsky | von Spakovsky | 19-Jul-17 | No | No | (l) |
| 594 | Email re update on von Spakovsky interview | von Spakovsky | Kossack | 23-Jul-17 | No | No | (j) |
| 595 | Email forwarding link to von Spakovsky interview | von Spakovsky | Commission Staff | 25-Jul-17 | No | No | (h) |
| 596 | Email exchange regarding von Spakovsky's recommendation of an expert | von Spakovsky | Kossack | 28-Jul-17 | No | No | (i) |
| 597 | Email forwarding op-ed | von Spakovsky | Commission Staff | 3-Aug-17 | No | No | (h) |
| 598 | Email forwarding media inquiry | OVP Counsel | von Spakovsky, Adams, Kossack | 14-Aug-17 | No | No | (j) |
| 599 | Email exchange regarding scheduling call | Commission Staff | von Spakovsky | 21-Aug-17 | No | No | (c) |
| 600 | Email forwarding link to news article | von Spakovsky | Kossack | 27-Aug-17 | No | No | (h) |
| 601 | Email exchange about forwarding the materials for Sept. 12, 2017 | Kossack | von Spakovsky | 8-Sep-17 | No | No | (r) |
| 602 | Cover email attaching power point presentation for Sept. 12 meeting | von Spakovsky | Commission Staff | 8-Sep-17 | No | No | (r) |
| 603 | Email exchange regarding request for guests to attend September 12 meeting | von Spakovsky | Kossack | 11-Sep-17 | No | No | (c) |
| 604 | Correspondence from members of the public | Members of the Public | von Spakovsky | various dates between 7/2017 - 9/2017 | No | No | (o) |

Lawyers' Committee for Civil Rights Under Law v. Presidential Advisory Commission on Election Integrity, et al., No. 1:17-cv-1354 (CKK)

| 1 | Document(s)/Category Description | Document Originator (if applicable) | Document Recipient(s) (if applicable) | Date Document Created and/or Shared (if applicable) | Commission Views as Subject to 10(b)? | Has Document Been Currently Disclosed? | Rational for non-disclosure (see 3d Kossack Decl. ¶ 12) |
|---|---|---|---|---|---|---|---|
| 605 | Miscellaneous mails related to travel booking | | | | No | No | (c) |
| 606 | Miscellaneous emails related to the submission of financial disclosure and government ethics forms; copies of government ethics forms | | | | No | No | (c) |
| 607 | *Materials of  Commission Member Mark Rhodes* | | | | | | |
| 608 | Email follow-up from news reporter | Reporter | Rhodes | 22-Jun-17 | No | No | (j) |
| 609 | Email request for interview by reporter | Reporter | Rhodes | 22-Jun-17 | No | No | (j) |
| 610 | Email from WV SoS Office about appointment to PACEI (and drafts) | WV SoS | Rhodes | 22-Jun-17 | No | No | (n) |
| 611 | Email request for interview | Reporter | Rhodes | 2-Jul-17 | No | No | (j) |
| 612 | Email chain re request for interview | Producer | Rhodes | 3-Jul-17 | No | No | (j) |
| 613 | Lists of cancelled Wood County voters and related emails discussing data (in response to public records request about List Maintenance policies) | Third-party requestor | Rhodes | 7/11/17 - 7/28/17 | No | No | (n) |
| 614 | Email request for interview | Reporter | Rhodes | 17-Jul-17 | No | No | (j) |
| 615 | Email request for interview | Producer | Rhodes | 19-Jul-17 | No | No | (j) |
| 616 | Email request for interview (and chain) | Producer | Rhodes | 19-Jul-17 | No | No | (j) |
| 617 | Email request for interview | Reporter | Rhodes | 19-Jul-17 | No | No | (j) |
| 618 | Email request for interview | Reporter | Rhodes | 19-Jul-17 | No | No | (j) |
| 619 | Email from NASS to members; forwarded on to Rhodes, including election-related news and disclosures (and attachments) | WV Secretary of State | Rhodes | 22-Jul-17 | No | No | (n) |
| 620 | Email forwarding editorial | WV Secretary of State employee | Rhodes | 22-Jul-17 | No | No | (n) |
| 621 | Email request for meeting with advocacy organization (and follow-up) | Advocacy organization | Rhodes | 26-Jul-17 | No | No | (j) |
| 622 | Email correspondence about voting machines | Third party | Rhodes | 10-Aug-17 | No | No | (m) |
| 623 | Email request for interview | Reporter | Rhodes | 23-Aug-17 | No | No | (j) |
| 624 | Email request for interview | Reporter | Rhodes | 25-Aug-17 | No | No | (j) |
| 625 | Email chain responding to State FOIA request for documents (and copy of redacted documents) | Rhodes | reporter | 28-Aug-17 | No | No | (n) |
| 626 | Email request for interview | Reporter | Rhodes | 13-Sep-17 | No | No | (j) |
| 627 | Email sharing link to Sept. 12 meeting and an attached request from DOJ re document collection | Kossack | Rhodes | 13-Sep-17 | No | No | (c) |
| 628 | Materials from members of the public | Members of the public | Rhodes | various dates | No | No | (o) |
| 629 | Miscellaneous emails related to travel booking | | | | No | No | (c) |

9/29/2017

| | Document(s)/Category Description | Document Originator (if applicable) | Document Recipient(s) (if applicable) | Date Document Created and/or Shared (if applicable) | Commission Views as Subject to 10(b)? | Has Document Been Currently Disclosed? | Rational for non-disclosure (see 3d Kossack Decl. ¶ 12) |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| 630 | Miscellaneous emails related to the submission of financial disclosure and government ethics forms; copies of government ethics forms | | | | No | No | (c) |
| 631 | *Materials sent to or from September 12 meeting panelists* | | | | | | |
| 632 | Email about scheduling time to speak | Kossack | Palmer | 3-Aug-17 | No | No | (r) |
| 633 | Email about logistics for visit to EEOB | Kossack | Palmer | 8/7/2017 - 8/8/2017; 8/10/2017 | No | No | (r) |
| 634 | Email re: GAI report and request to set up time for discussion | OVP Counsel | Block | 8/11/17 - 8/13/17; 8/15/17 | No | No | (r) |
| 635 | Email re: recommendations for topics to present during September 12 meeting | Williams | Popper | 16-Aug-17 | No | No | (r) |
| 636 | Email about unpublished study (study was not shared with Commission) | Williams | Popper | 8/16/17 - 8/17/17 | No | No | (r) |
| 637 | Email sharing contact information of a data analysis expert | Palmer | Kossack | 17-Aug-17 | No | No | (i) |
| 638 | Emails re: coordinating publication of Popper's participation in panel | Judicial Watch Public Affairs | Williams, OVP Staff | 8/17/17 - 8/18/17; 9/5/17 - 9/8/17 | No | No | (r) |
| 639 | Email with contact information | Kossack | Lott, Kossack | 22-Aug-17 | No | No | (r) |
| 640 | Email about meeting participation | Kossack | Lott | 22-Aug-17 | No | No | (r) |
| 641 | Email re: potential participation in meeting | Kossack | Rivest | 23-Aug-17 | No | No | (r) |
| 642 | Introductory email chain seeking to discuss participation in Commission meeting; referral from Secretary Gardner | Kossack | Appel | 23-Aug-17 | No | No | (r) |
| 643 | Email about timing for panel | Lott | Kossack | 30-Aug-17 | No | No | (r) |
| 644 | Email about reimbursement form | Kossack | Palmer | 8/30/2017 - 8/31/2017 | No | No | (r) |
| 645 | Email re: time to speak about September 12 meeting | Kossack | Rivest | 1-Sep-17 | No | No | (r) |
| 646 | Email re: contact information | Kossack | Smith | 1-Sep-17 | No | No | (r) |
| 647 | Email about potential meeting participation and time for discussion | Kossack | Hursti | 9/1/2017; 9/5/2017 | No | No | (r) |
| 648 | Email sharing copy of public testimony (for release); requesting additional information on agenda | Appel | Kossack | 9/4/2017, 9/6/2017 | No | No | (r) |
| 649 | Email re: reimbursements | Kossack | Hursti | 5-Sep-17 | No | No | (r) |
| 650 | Email re: meeting travel bookings | Kossack | Lott | 5-Sep-17 | No | No | (r) |
| 651 | Email re: meeting agenda and time to submit presentation materials | Kossack | Rivest | 5-Sep-17 | No | No | (r) |
| 652 | Email re: panel name and participants | Kossack | Hursti | 6-Sep-17 | No | No | (r) |

Lawyers' Committee for Civil Rights Under Law v. Presidential Advisory Commission on Election Integrity, et al., No. 1:17-cv-1354 (CKK)

| 1 | Document(s)/Category Description | Document Originator (if applicable) | Document Recipient(s) (if applicable) | Date Document Created and/or Shared (if applicable) | Commission Views as Subject to 10(b)? | Has Document Been Currently Disclosed? | Rational for non-disclosure (see 3d Kossack Decl. ¶ 12) |
|---|---|---|---|---|---|---|---|
| 653 | Email about preferred presenter title | Palmer | Kossack | 6-Sep-17 | No | No | (r) |
| 654 | Email with contact information | Kossack | Block | 7-Sep-17 | No | No | (r) |
| 655 | Email with presentation and question re: logistics | Block | Kossack | 7-Sep-17 | No | No | (r) |
| 656 | Email re: posting report to webpage | Kossack | Block | 7-Sep-17 | No | No | (r) |
| 657 | Cover email sending rough draft of presentation (final version is posted) and copy of research paper to be discussed at meeting (paper is posted) | Lott | Kossack | 7-Sep-17 | No | No | (r) |
| 658 | Email re: draft meeting presentation, including link to newspaper article | Lott | Kossack | 9/7/2017, 9/8/17 | No | No | (r) |
| 659 | Email re: physical format of panel & presentation materials | Rivest | Kossack | 9/7/2017, 9/9/2017 | No | No | (r) |
| 660 | Email sharing presenter materials for Sept. 12 meeting (and follow-up with link to public website posting) | Kossack | Panelists | 8-Sep-17 | No | No | (r) |
| 661 | Email with Popper's attached written statement (plus additional draft with non-text changes) | Popper | Williams, Kossack | 8-Sep-17 | No | No | (r) |
| 662 | Emails re: event timing | Judicial Watch Public Affairs | Lotter, Kossack | 8-Sep-17 | No | No | (r) |
| 663 | Email re: draft slides | Hursti assistant | Kossack | 8-Sep-17 | No | No | (r) |
| 664 | Email re: providing copy of slides (and follow-up email) | Smith | Kossack | 8-Sep-17 | No | No | (r) |
| 665 | Email about logistics for September 12 meeting | Kossack | Panelists | 11-Sep-17 | No | No | (r) |
| 666 | Email about meeting logistics | Hursti | Kossack | 11-Sep-17 | No | No | (r) |
| 667 | Email with changes to presentation | Block | Kossack | 11-Sep-17 | No | No | (r) |
| 668 | Email re: fixing typo in presentation | Lott | Kossack | 11-Sep-17 | No | No | (r) |
| 669 | Email re: presentation time | Rivest | Williams/Kossack | 11-Sep-17 | No | No | (r) |
| 670 | Email re: bringing copy of presentation | Smith | Kossack | 11-Sep-17 | No | No | (r) |
| 671 | Press release about Popper participation in PACEI | Judicial Watch Public Affairs | Forwarded to Kossack, VP Press, VP Counsel | 11-Sep-17 | No | No | (r) |
| 672 | Emails re: meeting logistics | Kossack | Lott, Kossack | 9/11/2017; 9/12/2017 | No | No | (r) |
| 673 | Email re: link to September 12 video | Lott | Kossack | 12-Sep-17 | No | No | (r) |
| 674 | Email re: fixing a typo in slides | Rivest | Kossack | 12-Sep-17 | No | No | (r) |
| 675 | Email re: reimbursement | Appel | Kossack | 17-Sep-17 | No | No | (r) |
| 676 | Email re: lunch plans and reimbursements | Kossack | Lott | 19-Sep-17 | No | No | (r) |
| 677 | Email re: reimbursement | Lott | GSA (copying Kossack) | 20-Sep-17 | No | No | (r) |

| | Document(s)/Category Description | Document Originator (if applicable) | Document Recipient(s) (if applicable) | Date Document Created and/or Shared (if applicable) | Commission Views as Subject to 10(b)? | Has Document Been Currently Disclosed? | Rational for non-disclosure (see 3d Kossack Decl. ¶ 12) |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| 678 | Email including article about Lott | Lott | Kossack | 22-Sep-17 | No | No | (r) |
| 679 | Email re: posting of Sept. 12 video | Rivest | Kossack | 23-Sep-17 | No | No | (r) |
| 680 | *Communications between Commission/OVP Staff and Other Government Entities* | | | | | | |
| 681 | Email chain from DHS requesting information about the scope of the Commission's work | DHS | OVP Counsel | 12-May-17 | No | No | (x) |
| 682 | Email chain re: scheduling a telephone call | DHS | OVP Counsel | 05/15/2017, 05/16/2017 | No | No | (q) |
| 683 | Email chain with GSA about initial steps required to establish a commission | GSA staff | OVP Counsel | 30-May-17 | No | No | (s) |
| 684 | Email chain about Commission by-laws | Kossack | GSA staff | 6-Jun-17 | No | No | (s) |
| 685 | Email chain about IT issues | Kossack | GSA staff | 6/7/17, 6/8/17 | No | No | (s) |
| 686 | Email exchange with GSA about personnel paperwork | Kossack | GSA staff | 13-Jun-17 | No | No | (s) |
| 687 | Email about setting up time to speak | Kossack | DOJ official | 15-Jun-17 | No | No | (q) |
| 688 | Email chain about Charter review | Kossack | GSA staff | 6/15/2017, 6/19/17 | No | No | (s) |
| 689 | Email about setting up time to talk about Commission | Counsel to OVP | DHS, Kossack | 6/19/2017, 6/20/2017 | No | No | (q) |
| 690 | Email about websites that can accept public comments | Kossack | GSA staff | 20-Jun-17 | No | No | (s) |
| 691 | Email about Kossack's appointment as Designated Federal Officer | GSA staff | Kossack | 6/20/2017, 6/26/2017 | No | No | (s) |
| 692 | Email about role of Designated Federal Officer | GSA staff | Kossack | 21-Jun-17 | No | No | (s) |
| 693 | Planner for a call with DHS personnel | Kossack | DHS personnel, OVP staff, Kobach | 21-Jun-17 | No | No | (q) |
| 694 | Email chain re: Budget | GSA staff, OMB | OVP, Kossack | 6/22/2017; 6/23/2017 | No | No | (s) |
| 695 | Email chain about 15-day publication requirement and ethics and FACA training | GSA staff | Kossack | 26-Jun-17 | No | No | (s) |
| 696 | Email re: member names and logistics (i.e., swearing in) [and chain] | Kossack | GSA staff | 6/26/17 - 7/7/17 | No | No | (s) |
| 697 | Email chain about draft SGE appointment letters | Kossack | GSA staff | 6/26/2017, 6/27/2017 | No | No | (s) |
| 698 | Email chain about FACA and ethics briefing | GSA staff | Kossack | 27-Jun-17 | No | No | (s) |
| 699 | Email chain re: room reservation | Kossack | GSA staff | 27-Jun-17 | No | No | (s) |
| 700 | Email re: meeting notices and SF 50 forms | Kossack | GSA staff | 28-Jun-17 | No | No | (s) |
| 701 | Follow up scheduling email with DHS personnel | Kossack | DHS staff | 28-Jun-17 | No | No | (q) |

| 1 | Document(s)/Category Description | Document Originator (if applicable) | Document Recipient(s) (if applicable) | Date Document Created and/or Shared (if applicable) | Commission Views as Subject to 10(b)? | Has Document Been Currently Disclosed? | Rational for non-disclosure (see 3d Kossack Decl. ¶ 12) |
|---|---|---|---|---|---|---|---|
| 702 | Email re: publication of meeting notice | Kossack | GSA staff | 6/30/2017, 7/3/2017 | No | No | (s) |
| 703 | Follow-up email re: getting response | DHS Official | Kossack | 1-Jul-17 | No | No | (q) |
| 704 | Email re: meeting publication notices | GSA | Kossack, OVP staff, OVP counsel, EOP | 6-Jul-17 | No | No | (s) |
| 705 | Email about potential future coordination/overlap between entities | DHS | OVP staff, OVP counsel, Kossack | 6-Jul-17 | No | No | (x) |
| 706 | Email re: setting up time to talk | DHS Official | OVP Counsel, Kossack | 6-Jul-17 | No | No | (q) |
| 707 | Email discussion re: FACA briefing | GSA | Kossack | 7/6/2017, 7/7/2017 | No | No | (s) |
| 708 | Email re: travel | Kossack | GSA Staff | 7-Jul-17 | No | No | (s) |
| 709 | Email discussion re: travel requests | GSA | Kossack | 7-Jul-17 | No | No | (s) |
| 710 | Email discussion re: interagency agreement (mainly for travel) | GSA | OA | 7/7/2017, 7/10/2017, 7/12/2017, 7/13/2017 | No | No | (s) |
| 711 | Email discussion about time for meeting | OVP Counsel | DHS Official | 8-Jul-17 | No | No | (q) |
| 712 | Email discussion about data submission | Kossack | Arkansas SoS Office | 10-Jul-17 | No | No | (u) |
| 713 | Communication about data request | PA House State Government Staffer | Kossack, forwarded from Kobach | 10-Jul-17 | No | No | (u) |
| 714 | Email chain re: press guidance | Chief of Public Affairs, U.S. Army Cyber Command | OVP, DWHIT, DOD | 7/10/17 - 7/11/17 | No | No | (t) |
| 715 | Email re swearing in | Kossack | GSA staff | 11-Jul-17 | No | No | (s) |
| 716 | Email re: Electronic Funds Transfer (ETF) form | Kossack | GSA staff | 11-Jul-17 | No | No | (s) |
| 717 | Email re: EFT form for members | GSA | Kossack | 11-Jul-17 | No | No | (s) |
| 718 | Email chain starting with talking points relating to SAFE site and litigation | DOD | EOP Staff | 11-Jul-17 | No | No | (t) |
| 719 | Email re: draft FACA presentation and plan for July 19 meeting | GSA | Kossack | 7/11/2017, 7/16/2017, 7/17/2017 | No | No | (s) |
| 720 | Email re: travel | Kossack | GSA staff | 12-Jul-17 | No | No | (s) |
| 721 | Email re: transcriptionist | Kossack | GSA staff | 12-Jul-17 | No | No | (s) |
| 722 | Email chain regarding:  EFT forms | Kossack | GSA staff | 12-Jul-17 | No | No | (s) |

| 1 | Document(s)/Category Description | Document Originator (if applicable) | Document Recipient(s) (if applicable) | Date Document Created and/or Shared (if applicable) | Commission Views as Subject to 10(b)? | Has Document Been Currently Disclosed? | Rational for non-disclosure (see 3d Kossack Decl. ¶ 12) |
|---|---|---|---|---|---|---|---|
| 723 | Email re: collection of Arkansas data in SAFE site | DOD & IT | Kossack, OVP counsel | 12-Jul-17 | No | No | (t) |
| 724 | Email about an MOU among states participating in voter registration data comparison program | Indiana state official | Kossack | 12-Jul-17 | No | No | (u) |
| 725 | Email re: swearing in | Kossack | GSA staff | 13-Jul-17 | No | No | (s) |
| 726 | Email chain regarding: member preauthorization for travel | Kossack | GSA staff | 13-Jul-17 | No | No | (s) |
| 727 | Email about new FACA contact | GSA Staff | Kossack | 13-Jul-17 | No | No | (s) |
| 728 | Email re: membership list | Kossack | GSA staff | 17-Jul-17 | No | No | (s) |
| 729 | Communication about employees attending July 19 FACA training | GSA staff | Kossack | 17-Jul-17 | No | No | (s) |
| 730 | Communication about slide deck for July 19 FACA presentation | GSA staff | Kossack | 18-Jul-17 | No | No | (s) |
| 731 | Email re: presentation on FACA operations | GSA staff | Kossack, EOP | 18-Jul-17 | No | No | (s) |
| 732 | Follow-up regarding FACA next steps | GSA Staff | Kossack | 19-Jul-17 | No | No | (s) |
| 733 | Email discussion re: posting/making documents available | Kossack | GSA staff | 20-Jul-17 | No | No | (s) |
| 734 | Communication about uploading comments to regulations.gov | GSA staff | Kossack | 25-Jul-17 | No | No | (s) |
| 735 | Scheduling call | Kossack | DHS Official OVP staff, OVP counsel | 25-Jul-17 | No | No | (q) |
| 736 | Communication about Hatch Act | GSA | Kossack | 27-Jul-17 | No | No | (s) |
| 737 | Communication about panelist reimbursement | Kossack | GSA staff | 1-Aug-17 | No | No | (s) |
| 738 | Email chain and planner setting a time for call [related to litigation] | Kossack | DHS Official and Staff, DOJ | 1-Aug-17 | No | No | (q) |
| 739 | Call about litigation | Kossack | DHS | 1-Aug-17 | No | No | (q) |
| 740 | Communication about updating FACA database (https://www.facadatabase.gov/) | GSA staff | Kossack | 2-Aug-17 | No | No | (s) |
| 741 | Email chain and planner setting a time for call [related to litigation] | DHS Official | Kossack, DHS, DOJ | 2-Aug-17 | No | No | (q) |
| 742 | Email chain and planner setting a time for call [related to litigation] | Kossack | DHS Official | 3-Aug-17 | No | No | (q) |
| 743 | Email chain re: disclosability of state-provided data | AZ Secretary of State's Office | Kossack | 9-Aug-17 | No | No | (x) |
| 744 | Email chain and planner setting a time for call | Kossack | DHS Official, OVP | 8/15/17 - 8/16/17 | No | No | (q) |
| 745 | Communication about Federal Register notice for Sept. 12 meeting | GSA | Kossack | 17-Aug-17 | No | No | (s) |

9/29/2017

| | Document(s)/Category Description | Document Originator (if applicable) | Document Recipient(s) (if applicable) | Date Document Created and/or Shared (if applicable) | Commission Views as Subject to 10(b)? | Has Document Been Currently Disclosed? | Rational for non-disclosure (see 3d Kossack Decl. ¶ 12) |
|---|---|---|---|---|---|---|---|
| 746 | Communication regarding process for procurement of third-party vendors | GSA | Kossack | 17-Aug-17 | No | No | (s) |
| 747 | Email contact with SSA re: SSA data | SSA Official | Kossack | 17-Aug-17 | No | No | (x) |
| 748 | Email re: collecting data from non-state entities (chain) | Kossack | DOJ | 22-Aug-17 | No | No | (v) |
| 749 | Email chain and planner about setting up a time to speak | Kossack | DHS Official, Kobach, OVP | 8/22/2017, 8/24/2017 | No | No | (q) |
| 750 | Email about setting-up meeting | DHS | Kobach | 24-Aug-17 | No | No | (q) |
| 751 | Email re: presentations for 9/12 meeting and member updates in FACA database (https://www.facadatabase.gov/) | GSA | Kossack | 5-Sep-17 | No | No | (s) |
| 752 | Email from NARA about PRA | NARA | OVP Counsel, NARA staff | 18-Sep-17 | No | No | (s) |
| 753 | Staff discussions with individual states about the mechanics of transferring data | Commission Staff | State Election Officials | 7/26/2017  - date of log | No | No | (u) |
| 754 | *Categories of Materials  ("internal" refers to communications among Commision staff, OVP staff, and/or EOP staff):* | | | | | | |
| 755 | Internal discussions about media requests & media strategy | | | | No | No | (e) |
| 756 | Internal communications re: data collection process | | | | No | No | (t) |
| 757 | Internal emails re: potential staff support person | | | | No | No | (e) |
| 758 | Internal discussions and documents re: potential Commission members | | | | No | No | (e) |
| 759 | Internal discussion and documents re: potential panelists | | | | No | No | (e), (r) |
| 760 | Internal research on critical infrastructure designation for election systems | | | | No | No | (e) |
| 761 | Internal briefing memos about Commission activities | | | | No | No | (e) |
| 762 | Internal discussions about meeting logistics | | | | No | No | (d) |
| 763 | Internal discussions about letterhead design | | | | No | No | (d) |
| 764 | Internal discussions about June 28 call | | | | No | No | (e) |
| 765 | Internal discussion about OVP meetings with third-parties about Commission assitance | | | | No | No | (e) |
| 766 | Internal discussions about disclosure forms and Hatch Act requirements | | | | No | No | (d) |
| 767 | Email discussions with or about DFO on President's Commission on Drug Addiction and Opioid Crisis about managing a committee | | | | No | No | (q) |
| 768 | Internal discussions re: response to June 28 letter and Borunda resignation | | | | No | No | (e) |
| 769 | Internal discussions about responding to inquiries from public officials | | | | No | No | (d) |

9/29/2017

Lawyers' Committee for Civil Rights Under Law v. Presidential Advisory Commission on Election Integrity, et al., No. 1:17-cv-1354 (CKK)

| 1 | Document(s)/Category Description | Document Originator (if applicable) | Document Recipient(s) (if applicable) | Date Document Created and/or Shared (if applicable) | Commission Views as Subject to 10(b)? | Has Document Been Currently Disclosed? | Rational for non-disclosure (see 3d Kossack Decl. ¶ 12) |
|---|---|---|---|---|---|---|---|
| 770 | Internal discussions of July 19 meeting (agenda, remarks) | | | | No | No | (e) |
| 771 | Internal discussions re vendors/consultants (emails, documents) | | | | No | No | (e) |
| 772 | Internal discussions about posting public comments | | | | No | No | (d) |
| 773 | Internal discussions about website and email technical issues | | | | No | No | (t) |
| 774 | Commission staff research or suggesting ideas relating to substance of Commission's work | | | | No | No | (e) |
| 775 | Commission staff discussion about potential topics for Commission review | | | | No | No | (e) |
| 776 | Internal discussions over press releases after litigation events | | | | No | No | (e) |
| 777 | Internal emails re: records management | | | | No | No | (e) |
| 778 | Litigation documents and emails (e.g., service copies, final versions, drafts, comments on drafts, discussion of legal strategy, updates, etc.) (internal and with DOJ) | | | | No | No | (v) |
| 779 | Internal discussions about budget and finance issues | | | | No | No | (e) |
| 780 | Internal discussions about subjects for potential Commission report | | | | No | No | (e) |
| 781 | Internal emails re: discussing next steps for Commission | | | | No | No | (e) |
| 782 | Internal discussion about responding to records requests (FACA, FOIA) | | | | No | No | (e) |
| 783 | Email discussion re: interagency agreement between OVP and GSA | OVP | OA | 7/7/2017, 7/10/2017, 7/12/2017 | No | No | (s) |
| 784 | Internal emails discussing draft DOD talking points re: SAFE site and suggesting changes | EOP staff | EOP Staff | 11-Jul-17 | No | No | (e) |
| 785 | Legal research conducted by staff/internal legal consultation (documents and emails) | | | | No | No | (e) |
| 786 | Copies of June 28 letter; list of state election officials; list of research from states | | | | No | No | (e) |
| 787 | Internal discussions about draft Commission documents | | | | No | No | (e) |
| 788 | Commission member appointment documents (e.g., physical commission) | | | | No | No | (d) |
| 789 | Copies of bylaws and Roberts Rules of Order | | | | No | No | (d) |
| 790 | Hardcopies of GSA ethics rules and materials. | | | | No | No | (d) |
| 791 | *Miscellaneous communications with third parties* | | | | | | |

9/29/2017

| | Document(s)/Category Description | Document Originator (if applicable) | Document Recipient(s) (if applicable) | Date Document Created and/or Shared (if applicable) | Commission Views as Subject to 10(b)? | Has Document Been Currently Disclosed? | Rational for non-disclosure (see 3d Kossack Decl. ¶ 12) |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| 792 | Email to States requesting they hold off on submitting data pending resolution of *EPIC* TRO | Kossack | State Election Officials | 10-Jul-17 | No | No | (u) |
| 793 | Unsolicited requests from third-parties to Commission staff to join the Commission | | | | No | No | (w) |
| 794 | Emails and proposals with/from third-party data analysis entities | | | | No | No | (w) |
| 795 | Emails from third parties to Commission staff about potential collaboration | | | | No | No | (w) |
| 796 | Third party provided list of suggested witnesses | | | | No | No | (w) |
| 797 | FOIA/FACA request for documents | | | | No | No | (j) |
| 798 | Emails with potential panelist about participation (and declines) | | | | No | No | (r) |
| 799 | Emails from third parties about data sources | | | | No | No | (i) |
| 800 | Materials forwarded to Commission staff by NASS | | | | No | No | (j) |
| 801 | Constituent letters to Vice President or Commission members | | | | No | No | (o) |
| 802 | GSA/OVP Reimbursement Funding documents regarding PACEI operations (Form FMS-7600A, Department of Treasury Financial Management Service) | | | | No | No | (d) |
| 803 | Unsolicited emails by individuals alleging voter fraud | | | | No | No | (w) |
| 804 | Discussions with third party vendor about procuring and operating livestream of Sept. 12 meeting | | | | No | No | (y) |
| 805 | Emails between Commission staff and states about mechanics of data sources | | | | No | No | (u) |
| 806 | Press inquiries to Commission staff | | | | No | No | (j) |
| 807 | Discussions with staff at September 12 meeting event site about logistics (i.e., including individuals on wait lists) | | | | No | No | (y) |