IN THE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>U.S. DEPARTMENT OF JUSTICE and U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>　　　　　　Defendants. | No. 1:18-CV-167-EGS |

## EXHIBIT INDEX

Exhibit A:   *Vaughn*-type index ordered by Judge Kollar-Kotelly in *Lawyers' Committee for Civil Rights Under Law v. Presidential Advisory Commission on Election Integrity, et al.*, No. 1:17-cv-01354-CKK (D.D.C.).