# IN THE DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW,<br><br>        Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF JUSTICE and U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>        Defendants. | No. 1:18-CV-167-EGS |

## [PROPOSED] ORDER

Upon consideration of the motions for summary judgment submitted in this case, it is hereby ORDERED that Plaintiff's Motion for Summary Judgment is GRANTED and Defendants' Motion for Summary Judgment is DENIED.

_____
HON. EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE

Date: _____