**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW,<br><br>            Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF JUSTICE and U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>            Defendants. | No. 1:18-CV-00167 (EGS) |

**JOINT STATUS REPORT**

Pursuant to the Court's Order of April 1, 2019 (ECF No. 36), the parties submit the following joint status report:

1. This case concerns Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, requests submitted by plaintiff to the following agencies: (1) the United States Department of Homeland Security ("DHS"); (b) the Office of Information Policy ("OIP") of the United States Department of Justice ("DOJ"); and (c) the Office of the Solicitor General ("OSG") of DOJ. The parties completed briefing their cross-motions for summary judgment on March 1, 2019. *See* Pl.'s Reply in Support of Mot. Summ. J., ECF No. 34.

2. On March 20, 2019, the Court denied the parties' cross-motions for summary judgment for failure to comply with paragraph 13 of the Court's standing order governing civil cases and directed the parties to submit a proposed schedule for re-filing their respective motions by March 30, 2019. *See* Minute Order (Mar. 20, 2019).

3. The Court adopted the parties' proposed schedule, including the parties' suggestion that the Court bifurcate the briefing in light of the recent decision in *Campaign Legal Center v.*

*Department of Justice*, --- F. Supp. 3d --, 2019 WL 1228002 (D.D.C. Mar. 15, 2019), which held that the names of three individuals appearing in an email chain that is also in dispute in this matter are not exempt from release under 5 U.S.C. § 552(b)(6).  At the time the parties submitted their proposed schedule, the Solicitor General's review of the decision for purposes of determining whether to authorize appeal was ongoing.  *See* Joint Scheduling Proposal, ECF No. 35.  Accordingly, the Court directed the parties to submit a joint status report on May 14, 2019, regarding the necessity of briefing the issue of whether DOJ-OIP's invocation of FOIA Exemption 6, 5 U.S.C. § 552(b), was proper.  *See* Scheduling Order, ECF No. 36.

4. With the exception of the DOJ-OIP record at issue outlined above, the parties have fully briefed their respective motions for summary judgment, which are ripe for decision.  *See* ECF Nos. 37, 38, 39, 40, 41, 42.

5. As to the DOJ-OIP record issue outlined above, the Solicitor General is still evaluating whether the government will pursue an appeal in *Campaign Legal Center v. United States Department of Justice*  *See* 28 U.S.C. § 2403(a); 28 C.F.R. § 0.20(c).

6. In order to provide the Solicitor General with sufficient time to make a final determination regarding whether to authorize appeal of the DOJ-OIP record issue, DOJ-OIP filed a protective notice of appeal in *Campaign Legal Center v. United States Department of Justice* earlier today.  *See* Notice of Appeal, *Campaign Legal Ctr. v. U.S. Dep't of Justice*, No. 18-cv-00340 (ABJ), ECF No. 24; *see also Hentif v. Obama*, 733 F.3d 1243, 1250 (D.C. Cir. 2013) (citing *NextWave Pers. Commc'ns, Inc. v. FCC*, 254 F.3d 130, 139 (D.C. Cir. 2001) (approving the use of protective notices of appeal where the non-prevailing party needs additional time to decide whether to pursue an appeal).  DOJ-OIP anticipates that the Solicitor General will make his final determination in the near future.

7. Accordingly, the parties respectfully request that they be permitted to file another joint status report on or before June 4, 2019, to apprise the Court whether DOJ-OIP has been authorized to pursue an appeal or if it will withdraw the appeal. A proposed order is attached.

| | |
|---|---|
| DATED:  May 14, 2019 | Respectfully Submitted, |
| | /s/   John A. Freedman |
| Kristen Clarke (D.C. Bar # 973885) | John A. Freedman (D.C. Bar No. # 453075) |
| Jon Greenbaum (D.C. Bar # 489887) | Robert N. Weiner (D.C. Bar # 298133) |
| Ezra D. Rosenberg (D.C. Bar # 360927) | Eric A. Rubel (D.C. Bar # 405421) |
| Marcia Johnson-Blanco (D.C. Bar # 495211) | David J. Weiner (D.C. Bar # 499806) |
| LAWYERS' COMMITTEE FOR | R. Stanton Jones (D.C. Bar # 987088) |
| CIVIL RIGHTS UNDER LAW | Daniel F. Jacobson (D.C. Bar # 1016621) |
| 1401 New York Ave., NW | ARNOLD & PORTER KAYE SCHOLER LLP |
| Washington, DC  20005 | 601 Massachusetts Ave., NW |
| Telephone:  +1 202.662.8600 | Washington, DC  20001 |
| Facsimile:  +1 202.783.0857 | Telephone:  +1 202.942.5000 |
| erosenberg@lawyerscommittee.org | Facsimile:  +1 202.942.5999 |
| | John.Freedman@apks.com |
| | |
| | Kathryn W. Hutchinson |
| | ARNOLD & PORTER KAYE SCHOLER LLP |
| | 44th Floor |
| | 777 South Figueroa Street |
| | Los Angeles, CA  90017-5844 |
| | Telephone:  +1 213.243.4000 |
| | Facsimile:  +1 213.243.4199 |
| | |
| | Counsel for Plaintiff Lawyers' Committee for Civil Rights Under Law |
| | |
| | JOSEPH H. HUNT |
| | Assistant Attorney General |
| | Civil Division |
| | |
| | ELIZABETH J. SHAPIRO |
| | Deputy Branch Director |
| | |
| | /s/ Kristina A. Wolfe |
| | CAROL FEDERIGHI |
| | Senior Trial Counsel |
| | KRISTINA A. WOLFE |
| | JOSEPH E. BORSON (Va. Bar No. 85519) |

       Trial Attorneys
       United States Department of Justice
       Civil Division, Federal Programs Branch
       P.O. Box 883
       Washington, DC 20044
       Phone: (202) 353-4519
       Email: kristina.wolfe@usdoj.gov

*Counsel for Defendants*