# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW,<br><br>           Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF JUSTICE and<br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>           Defendants. | No. 1:18-CV-00167 (EGS) |

## JOINT STATUS REPORT

Pursuant to the parties' Joint Status Report dated June 4, 2019 (ECF No. 44), the parties respectfully submit a further status report:

1. On June 14, 2019, Defendant Department of Justice, Office of Information Policy ("DOJ-OIP") moved to voluntarily dismiss the appeal in *Campaign Legal Center v. United States Department of Justice*.

2. Accordingly, Defendant DOJ-OIP lifted the redactions of the three names in the disputed email chain, and produced a re-processed version of the document to Plaintiff.  The release of the three names in the disputed email chain resolves Plaintiff's claims with respect to that document.  Accordingly, further briefing on this issue is not necessary.

3. All other issues with respect to Plaintiff's FOIA requests are fully briefed and ripe for resolution.  *See* ECF Nos. 37-43.

DATED:  June 24, 2019                                        Respectfully Submitted,

                                                                        */s/   John A. Freedman*

Kristen Clarke (D.C. Bar # 973885)                    John A. Freedman (D.C. Bar No. # 453075)
Jon Greenbaum (D.C. Bar # 489887)                  Robert N. Weiner (D.C. Bar # 298133)

| | |
|---|---|
| Ezra D. Rosenberg (D.C. Bar # 360927)<br>Marcia Johnson-Blanco (D.C. Bar # 495211)<br>LAWYERS' COMMITTEE FOR<br>CIVIL RIGHTS UNDER LAW<br>1401 New York Ave., NW<br>Washington, DC  20005<br>Telephone:  +1 202.662.8600<br>Facsimile:  +1 202.783.0857<br>erosenberg@lawyerscommittee.org | Eric A. Rubel (D.C. Bar # 405421)<br>David J. Weiner (D.C. Bar # 499806)<br>R. Stanton Jones (D.C. Bar # 987088)<br>Daniel F. Jacobson (D.C. Bar # 1016621)<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>601 Massachusetts Ave., NW<br>Washington, DC  20001<br>Telephone:  +1 202.942.5000<br>Facsimile:  +1 202.942.5999<br>John.Freedman@apks.com<br><br>Kathryn W. Hutchinson<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>44th Floor<br>777 South Figueroa Street<br>Los Angeles, CA  90017-5844<br>Telephone:  +1 213.243.4000<br>Facsimile:  +1 213.243.4199<br><br>*Counsel for Plaintiff Lawyers' Committee for Civil Rights Under Law*<br><br>JOSEPH H. HUNT<br>Assistant Attorney General<br>Civil Division<br><br>ELIZABETH J. SHAPIRO<br>Deputy Branch Director<br><br>*/s/ Kristina A. Wolfe*<br>CAROL FEDERIGHI<br>Senior Trial Counsel<br>KRISTINA A. WOLFE<br>JOSEPH E. BORSON (Va. Bar No. 85519)<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>P.O. Box 883<br>Washington, DC 20044<br>Phone: (202) 353-4519<br>Email: kristina.wolfe@usdoj.gov<br><br>*Counsel for Defendants* |