```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA

_____
                              )
LAWYERS' COMMITTEE FOR CIVIL  )
RIGHTS UNDER LAW,             )
                              )
              Plaintiff,      )
                              )
         v.                   )   Civil Action No. 18-167
                              )    (EGS/GMH)
                              )
UNITED STATES DEPARTMENT OF   )
JUSTICE, et al.,              )
                              )
              Defendants.     )
_____)
```

**ORDER**

On January 1, 2020, the Court referred this case to Magistrate Judge Harvey for a Report and Recommendation on the parties' cross motions for summary judgment. Magistrate Judge Harvey issued a Report and Recommendation on October 16, 2020. The Court has carefully reviewed the Report and Recommendation and, having received no objections to the Report and Recommendation pursuant to Local Civil Rule 72.3(b), accepts the findings and adopts the recommendations of Magistrate Judge Harvey contained in the Report and Recommendation. Accordingly, it is hereby

**ORDERED** that defendants' motion for summary judgment, ECF No. 37, is **GRANTED IN PART** and **DENIED IN PART WITHOUT PREJUDICE**; and it is further

**ORDERED** that plaintiff's cross-motion for summary judgment, ECF No. 38, is **DENIED IN PART** and **DENIED IN PART WITHOUT PREJUDICE;** and it is further

**ORDERED** that the parties shall submit a joint status report with recommendations for further proceedings by no later than April 23, 2021.

**SO ORDERED.**

**Signed:    Emmet G. Sullivan
            United States District Judge
            3/30/2021**