**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW, | No. 1:18-CV-00167 (EGS) |
| Plaintiff, | |
| v. | |
| U.S. DEPARTMENT OF JUSTICE and U.S. DEPARTMENT OF HOMELAND SECURITY, | |
| Defendants. | |

**JOINT STATUS REPORT**

Pursuant to the Court's Order of March 30, 2021 (ECF No. 47), Plaintiff Lawyers'

Committee for Civil Rights Under Law ("Plaintiff") and Defendants the United States

Department of Justice ("DOJ") and the United States Department of Homeland Security

("DHS") (collectively, "Defendants") hereby submit the following joint status report.

1.      This case involves the two Freedom of Information Act ("FOIA") requests

described in more detail in the Magistrate Judge's Report and Recommendation ("R&R") issued

on October 16, 2020 (ECF No. 46), which was subsequently adopted by the Court (ECF No. 47).

2.      Pursuant to the R&R, Defendants are conducting further processing in response to

Plaintiffs' FOIA requests, as detailed below:

***DOJ***

In accordance with the R&R's direction to "follow[] the lead" provided by

Plaintiff, R&R at 23, DOJ's Office of Information Policy ("OIP") consulted with

the undersigned Civil Division attorneys regarding the four documents on the

index filed in *Lawyers' Committee for Civil Rights Under Law v. Presidential Advisory Commission on Election Integrity*, No. 17-cv-1354 (D.D.C dismissed Sept. 7, 2018) [hereinafter, *Lawyers' Committee I*] that were identified in Plaintiff's October 20, 2017, email and that the Court discusses at pages 20-23 and 24 of the R&R.  Undersigned Civil Division counsel located portions of two of the four documents, identified on the *Lawyers' Committee I* index as 738 and 741, as having been previously released in connection with other litigation, and which are available on a public website.  See https://www.dhs.gov/sites/default/files/publications/EPIC%20Final%20Release%20%28R%29.pdf (page 51) (email part of Doc. 738); *id*. at 26 (email part of Doc. 741).  Undersigned Civil Division counsel further reports that they have located and are processing a document that appears to be the "planner" associated with Docs. 738 and 741.  Undersigned Civil Division counsel further reports that they have located Doc. 748.  This email is being currently being reviewed for responsiveness and applicable exemptions.  Undersigned counsel were unable to locate Doc. 687.

## *DHS*

a.  With the assistance of the Civil Division, DHS has conducted a further search for the twelve documents from the *Lawyer's Committee I* index discussed in the R&R on page 29, *i.e.*, documents numbered 365, 383, 384, 445, 447, 475, 681, 682, 689, 693, 701, and 703 in that index.  DHS has located and is processing, where necessary, ten of the documents.  DHS will shortly be providing the nonexempt portions of these documents, or information regarding where those documents can be found in the public domain, to Plaintiff.  DHS has been unable to locate the

remaining two documents (445 and 447), which, as previously noted, do not have a DHS sender or recipient and, from what DHS has been able to ascertain, are not in the public domain.  *See* R&R at 34.

b.  DHS component Immigration and Customs Enforcement has conducted its search of one additional custodian's records (*see* R&R at 37) and has found responsive material.  DHS anticipates producing the nonexempt portions of this material to Plaintiff shortly.

c.  DHS component United States Citizenship and Immigration Services ("USCIS") has conducted its search of three additional custodians' records (*see* R&R at 37) and has found responsive material.  USCIS is continuing to process this material and will produce any nonexempt portions of material to Plaintiff once completed.

d.  DHS has begun reprocessing certain documents on which it had made redactions pursuant to Exemptions 5 and 6, to identify, as directed in the R&R, redactions that should be lifted or as to which a supplemental *Vaughn* index and declaration should be provided.  *See* R&R at 57 n.25 (identifying fifteen documents as to which the assertion of deliberative process privilege is contested); *id.* at 66-69 (discussing redaction of non-leadership lower level employees).  This processing is ongoing.

3.  Once Defendants have completed the processing described above and produce the nonexempt portions of the records it is releasing to Plaintiff, Plaintiff will require sufficient time to review the records.  The parties then anticipate that they will meet and confer to discuss how they wish to proceed.

4.      Accordingly, the parties request that the Court direct the filing of a further status report on or before June 22, 2021.

Dated: April 23, 2021                                       Respectfully submitted,

                                                           BRIAN M. BOYNTON
                                                           Acting Assistant Attorney General

                                                           ELIZABETH J. SHAPIRO
                                                           Deputy Branch Director

                                                           /s/ *Kristina A. Wolfe*

                                                           CAROL FEDERIGHI
                                                           KRISTINA A. WOLFE
                                                           Senior Trial Counsel
                                                           JOSEPH E. BORSON
                                                           Trial Attorney
                                                           U.S. Department of Justice
                                                           Civil Division, Federal Programs Branch
                                                           P.O. Box 883, Ben Franklin Station
                                                           Washington, DC 20044
                                                           Tel: (202) 353-4519
                                                           Email: kristina.wolfe@usdoj.gov

                                                           *Counsel for Defendants*

                                                           /s/  John A. Freedman

Jon Greenbaum (D.C. Bar # 489887)           John A. Freedman (D.C. Bar No. # 453075)
Ezra D. Rosenberg (D.C. Bar # 360927)       David J. Weiner (D.C. Bar # 499806)
LAWYERS' COMMITTEE FOR                      R. Stanton Jones (D.C. Bar # 987088)
CIVIL RIGHTS UNDER LAW                      ARNOLD & PORTER KAYE SCHOLER LLP
1401 New York Ave., NW                      601 Massachusetts Ave., NW
Washington, DC  20005                       Washington, DC  20001
Telephone:  +1 202.662.8600                 Telephone:  +1 202.942.5000
Facsimile:  +1 202.783.0857                 Facsimile:  +1 202.942.5999
erosenberg@lawyerscommittee.org             John.Freedman@arnoldporter.com

                                            *Counsel for Plaintiff*