IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF JUSTICE and U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>　　　　　　Defendants. | No. 1:18-CV-00167 (EGS) |

## JOINT STATUS REPORT

Pursuant to the Court's minute order of April 28, 2021, Plaintiff Lawyers' Committee for Civil Rights Under Law ("Plaintiff") and Defendants the United States Department of Justice ("DOJ") and the United States Department of Homeland Security ("DHS") (collectively, "Defendants") hereby submit the following joint status report.

1.　　This case involves the two Freedom of Information Act ("FOIA") requests described in more detail in the Magistrate Judge's Report and Recommendation ("R&R") issued on October 16, 2020 (ECF No. 46), which was subsequently adopted by the Court (ECF No. 47).

2.　　Pursuant to the R&R, Defendants have been conducting further processing in response to Plaintiffs' FOIA requests, as detailed below:

### *DOJ*

　　As previously reported, undersigned litigation counsel located the nonexempt portions of Doc. 748 and of the "planner" associated with Docs. 738 and 741 on the index filed in *Lawyers' Committee for Civil Rights Under Law v. Presidential*

*Advisory Commission on Election Integrity*, No. 17-cv-1354 (D.D.C dismissed Sept. 7, 2018) [hereinafter, *Lawyers' Committee I*]. Undersigned counsel were unable to locate Doc. 687. On April 29, 2021, the nonexempt portions of Doc. 748 and the "planner" were produced to plaintiff. DOJ's response to the R&R is now complete.

### *DHS*

a. On May 13, 2021, DHS provided plaintiff with the nonexempt portions of documents numbered 365, 383, 384, 475, 681, 682, 689, 693, 701, and 703 from the *Lawyer's Committee I* index. DHS was unable to locate the remaining two documents (445 and 447), which, as previously noted, do not have a DHS sender or recipient and, from what DHS has been able to ascertain, are not in the public domain. *See* R&R at 34.

b. On May 13 and May 14, 2021, DHS provided plaintiff with the nonexempt portions of the documents containing redactions pursuant to Exemptions 5 and 6 that it had reprocessed as directed in the R&R (at pp. 57 n.25 and 66-69), as well as a revised *Vaughn* index for those documents.

c. DHS components Immigration and Customs Enforcement ("ICE") and United States Citizenship and Immigration Services ("USCIS") have completed their searches of the additional custodians' records (one custodian for ICE and three for USCIS) directed in the R&R (p.37). DHS and its components are continuing to process this material and will produce any nonexempt portions of material to Plaintiff once completed.

3. Once Defendants have completed the processing described above and produce the nonexempt portions of the records it is releasing to Plaintiff, Plaintiff will require sufficient time to review the records. The parties then anticipate that they will meet and confer to discuss how they wish to proceed.

4. Accordingly, the parties request that the Court direct the filing of a further status report on or before August 23, 2021 on the status of the processes described above.

Dated: June 22, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/ *Carol Federighi*
CAROL FEDERIGHI
KRISTINA A. WOLFE
Senior Trial Counsel
JOSEPH E. BORSON
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883, Ben Franklin Station
Washington, DC 20044
Tel: (202) 514-1903
Email: carol.federighi@usdoj.gov
*Counsel for Defendants*

Jon Greenbaum (D.C. Bar # 489887)
Ezra D. Rosenberg (D.C. Bar # 360927)
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1401 New York Ave., NW
Washington, DC 20005
Telephone: +1 202.662.8600
Facsimile: +1 202.783.0857
erosenberg@lawyerscommittee.org

/s/ John A. Freedman
John A. Freedman (D.C. Bar No. # 453075)
David J. Weiner (D.C. Bar # 499806)
R. Stanton Jones (D.C. Bar # 987088)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
Telephone: +1 202.942.5000
Facsimile: +1 202.942.5999
John.Freedman@arnoldporter.com

*Counsel for Plaintiff*