# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW,<br><br>          Plaintiff,<br><br>     v.<br><br>U.S. DEPARTMENT OF JUSTICE and U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>          Defendants. | No. 1:18-CV-00167-EGS-GMH |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order of December 16, 2022, Plaintiff Lawyers' Committee for Civil Rights Under Law ("Plaintiff") and Defendants the United States Department of Justice ("DOJ") and the United States Department of Homeland Security ("DHS") (collectively, "Defendants") hereby submit the following joint status report.

1.   This case involves the two Freedom of Information Act ("FOIA") requests described in more detail in the Magistrate Judge's Report and Recommendation ("R&R") issued on October 16, 2020 (ECF No. 46), which was subsequently adopted by the Court (ECF No. 47).

2.   As previously reported, pursuant to the R&R, Defendants conducted further processing in response to Plaintiff's FOIA requests.  Defendants completed their processing and provided their final response to Plaintiff's FOIA requests in October 2021.  Thereafter, the parties conferred regarding Defendants' response to the R&R.

3.      The parties have resolved their substantive disputes but discussions regarding the issue of attorneys' fees remain ongoing.

4.      Accordingly, the parties request that the Court direct the filing of a further status report on or before March 31, 2023, addressing how the parties wish to proceed.

Dated: February 10, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/ *Kristina A. Wolfe*
CAROL FEDERIGHI
KRISTINA A. WOLFE
Senior Trial Counsel
JOSEPH E. BORSON
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883, Ben Franklin Station
Washington, DC 20044
Tel: (202) 353-4519
Email: kristina.wolfe@usdoj.gov
*Counsel for Defendants*

/s/ *John A. Freedman*
John A. Freedman (D.C. Bar No. # 453075)
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
Telephone: +1 202.942.5000
John.Freedman@arnoldporter.com

Jon Greenbaum (D.C. Bar # 489887)
Ezra D. Rosenberg (D.C. Bar # 360927)
LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
1401 New York Ave., NW
Washington, DC 20005
Telephone: +1 202.662.8600
erosenberg@lawyerscommittee.org
*Counsel for Plaintiffs*